COMMON PLEAS COURT
BELMONT CO. OH

2026 JAN 12 PM 2: 43

LAURA A. ZUFKO
CLERK OF COURT

## IN THE COURT OF COMMON PLEAS
## BELMONT COUNTY, OHIO

EMPIRE MIDSTREAM, LLC,  :
c/o Godbey Giardina Law Group, LLC.
8751 W. Broward Blvd., Ste. 408   : CASE NO: _26 C V O13_
Plantation, Florida 33324,   : Classification:   OTHER CIVIL

           :
      Plaintiff,
           : JUDGE:   **John A. Vavra**
v.
           :

MARKEL AMERICAN INSURANCE
COMPANY,   : **COMPLAINT**
4600 Cox Road
Glen Allen, VA 23060,   : **(Jury Trial Demanded Herein)**

      Defendant.   :


## **COMPLAINT**

NOW COMES the Plaintiff, Empire Midstream Services, LLC ("Plaintiff"), a Louisiana limited liability company, who owned, at all pertinent times herein, a piece of equipment located at 41540 National Road, Belmont, Ohio, 43718, identified as a Centrifuge Model No. CD-500, Serial Number: WAA068165, manufactured by M-I Swaco, a Schlumberger Company (the "Equipment") which was damaged on or about January 14, 2024 to January 27, 2024, and for

1

Plaintiff's Complaint against the Defendant, Markel American Insurance Company ("Defendant"), alleges and asserts as follows:

## PARTIES, JURISDICTION AND VENUE

1.     This is an action for damages significantly in excess of Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest, attorney fees and costs, and this action is otherwise within the jurisdictional limits of this Court.

2.     Pursuant to Civ. R. 3(C), venue is proper in this Court given that, inter alia, the subject equipment is situated within Belmont County, Ohio, and all or part of the claim for relief arose in Belmont County, Ohio.

3.     At all times material, Defendant was and is a for-profit corporation with its principal place of business in Virginia.

4.     At all times material, Defendant was conducting business as an insurance company in Belmont County, Ohio, including, without limitation, insuring, and adjusting claims related to, equipment and/or properties located in Belmont County, Ohio, pursuant to policies of insurance issued by Defendant.

5.     At all times material, Plaintiff was and is a foreign limited liability company that owned and kept the Equipment at a property in Belmont County, Ohio.

## GENERAL ALLEGATIONS

6.     Defendant issued a policy of insurance, Policy Number MKLM4IM0053464, with effective dates of coverage of March 1, 2023 to March 1, 2024, and which covered the Equipment on or around January 14, 2024 to January 27, 2024, the loss dates in question.

7.     The Policy is **Exhibit "A"** to this Complaint.

2

8.    Plaintiff paid the premium charged by Defendant for the coverages afforded pursuant to the terms of the Policy and the Policy was in full force and effect on the date of loss.

9.    During the Policy period, the Equipment was damaged as a result of inclement weather, and that damage was a covered cause of loss pursuant to the terms and conditions of the Policy of insurance.

10.    More particularly, the Equipment filled with water and during inclement weather on or about January 14 to January 27, 2024, at 41540 National Road, Belmont, Ohio, 43718, the aforementioned Property sustained damage and was a total loss as a result of water and freezing temperatures, which caused substantial or significant damage and further insured losses.

11.    Upon discovery of the damage, on or about October 21, 2024, Plaintiff notified Defendant of the damage and further insured losses.

12.    In response, Defendant assigned the loss Claim Number MXMP115857.

13.    Defendant has failed and refused to pay for all of Plaintiff's losses as required by the insurance Policy.

14.    Defendant has not fully indemnified Plaintiff for the damage to the covered Equipment.

15.    Defendant has the burden of proving that a loss is excluded or limited by the Policy.

16.    Defendant has not and cannot prove that Plaintiff's loss is excluded or limited by the Policy.

17.    Plaintiff has complied with all conditions precedent and statutory requirements in order to recover under the Policy of insurance; or, in the alternative, those conditions precedent and/or statutory requirements that have not been complied with have been waived by Defendant

3

and/or Defendant is estopped from asserting them due to its actions, omissions, representations, and/or failures.

18. Plaintiff has complied with all conditions precedent and statutory requirements in order to bring this lawsuit against Defendant; or, in the alternative, those conditions precedent and/or statutory requirements that have not been complied with have been waived by Defendant and/or Defendant is estopped from asserting them due to its actions, omissions, representations, and/or failures.

19. Plaintiff reserves its right to appraisal and right to demand appraisal.

**COUNT ONE: BREACH OF CONTRACT**
*(Against Defendant, Markel American Insurance Company)*

20. Plaintiff hereby realleges and reasserts each and every allegation contained in the foregoing paragraphs as if fully rewritten herein.

21. Plaintiff had an insurance Policy contract with Defendant on the date the loss occurred, for which insurance Policy contract Plaintiff paid premiums.

22. Defendant breached the insurance Policy contract by failing to pay the Plaintiff the full amount due and owing under the insurance Policy contract.

23. On March 17, 2025, Plaintiff submitted proof of damage via a written replacement quote from the manufacturer of the Equipment evidencing replacement cost of $426,000.00.

24. The manufacturer of the Equipment has maintained that the Equipment cannot be repaired and is a total loss requiring replacement. Defendant does not disagree that the Equipment is a total loss but impermissibly denied coverage on July 8, 2025 citing an inapplicable policy exclusion.

4

25. Defendant is liable to Plaintiff for Defendant's breach of the insurance Policy contract.

26. As a direct and proximate result of Defendant's breach of the insurance Policy contract, Plaintiff has been, and is being, denied the Policy benefits due and owing to Plaintiff under the insurance Policy contract.

27. Plaintiff is entitled to the consequential and incidental damages which naturally resulted from Defendant's breach of the insurance Policy contract.

28. On November 20, 2025, Plaintiff submitted a response to Defendant's denial letter and advised Defendant of the errors in its coverage position. In that same letter, Plaintiff also demanded the full limit of insurance be paid for the replacement of the Equipment. To date, Defendant has not paid any additional amounts on the claim nor has it responded to Plaintiff's November 20, 2025 correspondence regarding the coverage error.

29. As a further direct and proximate result of Defendant's breach of the insurance Policy contract, Plaintiff has suffered and incurred other reasonably contemplated and foreseeable damages, including, without limitation, attorney's fees, expert's fees, costs, and interest.

30. Plaintiff's damages in connection with the breach of contract are ongoing.

31. Plaintiff prays for judgment on this Count against Defendant in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00).

## COUNT TWO: BAD FAITH
*(Against Defendant, Markel American Insurance Company)*

32. Plaintiff hereby realleges and reasserts each and every allegation contained in the foregoing paragraphs as if fully rewritten herein.

5

33.     In adjusting Plaintiff's claim, Defendant, through its agents, adjusters, representatives, and/or investigators, acted unreasonably, without reasonable justification, intentionally, recklessly, and/or not in good faith in adjusting, investigating, and responding to Plaintiff's claim.

34.     Defendant, through its employees, adjusters, and/or agents, acted intentionally, willfully, wantonly, and/or with actual malice in refusing to pay the full and fair amount of Plaintiff's claim and in delaying payment of the full amount of the loss despite the clear contractual obligation to do so.

35.     The actions and omissions of Defendant demonstrate actual malice, aggravated or egregious fraud, oppression, and/or insult and, Defendant, as principal or master of its employees, agents and adjusters, authorized, participated in, and/or ratified the actions or omissions of its employees, agents and adjusters in this regard.

36.     Defendant has failed to promptly, timely, and reasonably process and pay Plaintiff's claim in good faith.

37.     Defendant breached the implied covenant of good faith and fair dealing with Plaintiff, including, without limitation, by failing to accord the interest and rights of Plaintiff at least as great a respect as its own, by failing to conduct a proper evaluation of the claim based on the objective and cogent evidence, by subjecting Plaintiff to a protracted and delayed claim adjustment process in an attempt to defeat or minimize Plaintiff's claim, and by failing to timely offer and fairly settle Plaintiff's claims when it became reasonably clear that the claim was covered under the Policy.

38.     Defendant committed the acts referred to herein knowingly and as part of a

general business practice of misrepresenting pertinent facts and/or Policy provisions or exclusions.

39.     Defendant committed the acts referred to herein knowingly and as part of a general business practice of failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under the policies, failing to adopt and implement reasonable standards for the prompt and proper investigation of claims, not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear, and compelling insureds to institute litigation to recover amounts due under insurance policies by offering substantially less than the amounts due and owing under the policies.

40.     Defendant, through its employees, agents, and/or adjusters, inspected the Equipment in whole or in part; Defendant knew or should have known Plaintiff's full damages; and Defendant nonetheless intentionally hid, altered, revised, changed, and/or ignored what it knew or should have known was the true or more accurate amount of Plaintiff's damages.

41.     In doing the acts described in this Complaint, Defendant knew that it would cause financial injury to Plaintiff.

42.     Specifically, Defendant carried out the adjustment of Plaintiff's claim with a conscious disregard of Plaintiff's right to the proceeds of the policy, subjected Plaintiff to cruel and unjust hardship in conscious disregard of Plaintiff's right to the proceeds of the Policy, and made misrepresentations to Plaintiff and concealed material facts from Plaintiff with the intention of depriving Plaintiff of the Policy proceeds to which Plaintiff was and is entitled.

43.     Defendant breached its fiduciary duty to Plaintiff including by intentionally

7

dragging out and delaying the adjustment and failing to timely adjust the claim.

44.    Plaintiff has cooperated in good faith with Defendant.

45.    Plaintiff has demanded Defendant to pay the applicable and available amounts for coverage as a result of the aforementioned occurrence.

46.    Defendant has, in bad faith, refused to pay the amount requested and has failed to offer Plaintiff a reasonable amount for Plaintiff's damages.

47.    Defendant has benefitted from its delay and/or refusal to pay the amounts due under the Policy.

48.    Defendant has breached its duty to deal with Plaintiff in good faith.

49.    As a direct and proximate result of the Defendant's lack of good faith, Plaintiff suffered damage and is continuing to suffer damage including economic harm, and has incurred litigation expenses and attorney's fees.

50.    Plaintiff prays for judgment on this Count in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in punitive damages, the exact amount to be determined by the trier of fact, plus interest, costs, and attorney's fees.


### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

a.    compensatory damages in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), but currently unspecified pursuant to Civ. R. 8(A) and 54(C), plus costs incurred in this action, plus prejudgment interest and attorney's fees;

b.    punitive damages;

c. attorney's fees;

d. costs and expenses;

e. pre-judgment interest;

f. post-judgment interest;

g. maximum actual and economic damages;

h. the maximum non-economic damages available, including actual, emotional, general, punitive, and other damages;

i. the maximum statutory damages per violation under each claim where statutory damages are available; and

j. all such other relief to which Plaintiff may show itself entitled.

Dated: January 12, 2026

Respectfully submitted,
GODBEY GIARDINA LAW GROUP, LLC.

Joshua W. Brankamp (Ohio Bar No. 0078451)
8751 W. Broward Blvd., Suite 408
Plantation, Florida 33324
Telephone: (954) 908-2492
Facsimile: (985) 231-5895
E-mail: joshua@g-glawgroup.com
**Trial Attorney for Plaintiff**

## JURY DEMAND

Plaintiff hereby demands a trial by jury comprised of the maximum number of jurors allowed by law.

Joshua W. Brankamp
Ohio Bar No. 0078451
*Attorney for Plaintiff*

## INSTRUCTIONS FOR SERVICE

**TO THE CLERK:**

Please issue Summons, together with a certified copy of the foregoing Complaint with Jury Demand Endorsed Hereon, for service upon the Defendant at the address listed in the caption of the Complaint (**i.e., Markel American Insurance Company, <u>4600 Cox Road, Glen Allen, VA 23060</u>**) by Certified Mail, Return Receipt Requested.

Joshua W. Brankamp
Ohio Bar No. 0078451
*Attorney for Plaintiff.*

10

EXHIBIT "A"

**A STOCK COMPANY**



# MARKEL AMERICAN INSURANCE COMPANY

4521 Highwoods Parkway
Glen Allen, VA 23060

**INSURANCE POLICY**

**Coverage afforded by this policy is provided by the Company (Insurer) and named in the Declarations.**

In **Witness Whereof,** the company (Insurer) has caused this policy to be executed and attested and countersigned by a duly authorized representative of the company (insurer) identified in the Declarations.

_Kathleen Anne Sturgeon_

**Secretary**

_Matthew Parker_

**President**

**COMMERCIAL OUTPUT PROGRAM**



# MARKEL AMERICAN INSURANCE COMPANY

## CYBER INCIDENT AND ELECTRONIC DATA EXCLUSION
## ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

The following new exclusion is attached to your renewal policy being issued by us. This Notice provides information regarding that exclusion.

**EXCLUSION – CYBER INCIDENT AND ELECTRONIC DATA**

This endorsement adds an exclusion to preclude coverage for:

1. Loss, damage, cost, or expense caused directly or indirectly by a cyber incident; theft or the transfer of property arising out of a cyber incident, any action taken in controlling, preventing, suppressing, or remediating a cyber incident, and any partial or total unavailability or failure, or series of related partial failures, to access, process, use, or operate any computer system; and

2. Any loss or damage to electronic data as a result of a cyber incident.

In addition, the endorsement deletes the computer hacking and computer virus exclusions and additional coverage from the Coverage Form, where applicable.

INTERLINE

**MARKEL®**

# MARKEL AMERICAN INSURANCE COMPANY

## PRIVACY NOTICE

U. S. Consumer Privacy Notice                                      Rev. 1/1/2020

| FACTS | WHAT DOES MARKEL GROUP OF COMPANIES REFERENCED BELOW (INDIVIDUALLY OR COLLECTIVELY REFERRED TO AS "WE", "US", OR "OUR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | In the course of Our business relationship with you, We collect information about you that is necessary to provide you with Our products and services. We treat this information as confidential and recognize the importance of protecting it. Federal and state law gives you the right to limit some but not all sharing of your personal information. Federal and state law also requires Us to tell you how We collect, share, and protect your personal information. Please read this notice carefully to understand what We do. |
| What? | The types of personal information We collect and share depend on the product or service you have with Us. This information can include:<br><br>• your name, mailing and email address(es), telephone number, date of birth, gender, marital or family status, identification numbers issued by government bodies or agencies (i.e.: Social Security number or FEIN, driver's license or other license number), employment, education, occupation, or assets and income from applications and other forms from you, your employer and others;<br><br>• your policy coverage, claims, premiums, and payment history from your dealings with Us, Our Affiliates, or others;<br><br>• your financial history from other insurance companies, financial organizations, or consumer reporting agencies, including but not limited to payment card numbers, bank account or other financial account numbers and account details, credit history and credit scores, assets and income and other financial information, or your medical history and records.<br><br>Personal information does not include:<br><br>• publicly-available information from government records;<br><br>• de-identified or aggregated consumer information.<br><br>When you are no longer Our customer, We continue to share your information as described in this Notice as required by law. |
| How? | All insurance companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers' personal information; the reasons We choose to share; and whether you can limit this sharing. We restrict access to your personal information to those individuals, such as Our employees and agents, who provide you with insurance products and services. We may disclose your personal information to Our Affiliates and Nonaffiliates (1) to process your transaction with Us, for instance, to determine eligibility for coverage, to process claims, or to prevent fraud, or (2) with your written authorization, or (3) otherwise as permitted by law. We do not disclose any of your personal information, as Our customer or former customer, except as described in this Notice. |

| Reasons We can share your personal information | Do We share? | Can you limit this sharing? |
|---|---|---|
| **For Our everyday business purposes and as required by law –** such as to process your transactions, maintain your account(s), respond to court orders and legal/regulatory investigations, to prevent fraud, or report to credit bureaus | Yes | No |
| **For Our marketing purposes –** to offer Our products and services to you | Yes | No |
| **For Joint Marketing with other financial companies** | Yes | No |
| **For Our Affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For Our Affiliates' everyday business purposes –** information about your creditworthiness | No | We don't share |
| **For Our Affiliates to market you** | No | We don't share |
| **For Nonaffiliates to market you** | No | We don't share |
| **Questions?** Call (888) 560–4671 or email privacy@markel.com | | |

| Who We are | |
|---|---|
| **Who is providing this Notice?** | A list of Our companies is located at the end of this Notice. |

| What We do | |
|---|---|
| **How do We protect your personal information?** | We maintain reasonable physical, electronic, and procedural safeguards to protect your personal information and to comply with applicable regulatory standards. For more information, visit www.markel.com/privacy-policy. |
| **How do We collect your personal information?** | We collect your personal information, for example, when you <br> complete an application or other form for insurance <br> perform transactions with Us, Our Affiliates, or others <br> file an insurance claim or provide account information <br> use your credit or debit card <br> We also collect your personal information from others, such as consumer reporting agencies that provide Us with information such as credit information, driving records, and claim histories. |
| **Why can't you limit all sharing of your personal information?** | Federal law gives you the right to limit only <br> sharing for Affiliates' everyday business purposes – information about your creditworthiness <br> Affiliates from using your information to market to you <br> sharing for Nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. See the Other Important Information section of this Notice for more on your rights under state law. |

MPIL 1007 01 20                                                                                            Page 2 of 3

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our Affiliates include member companies of Markel Group. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates that We can share with can include financial services companies such as insurance agencies or brokers, claims adjusters, reinsurers, and auditors, state insurance officials, law enforcement, and others as permitted by law. |
| **Joint Marketing** | A formal agreement between Nonaffiliated companies that together market financial products or services to you.<br>• Our Joint Marketing providers can include entities providing a service or product that could allow Us to provide a broader selection of insurance products to you. |

| Other Important Information |
|---|
| **For Residents of AZ, CT, GA, IL, ME, MA, MN, MT, NV, NJ, NC, OH, OR, and VA:** Under state law, under certain circumstances you have the right to access and request correction, amendment or deletion of personal information that We have collected from or about you. To do so, contact your agent, visit www.markel.com/privacy-policy, call (888) 560-4671, or write to Markel Corporation Privacy Office, 4521 Highwoods Parkway, Glen Allen, VA 23060.<br>We may charge a reasonable fee to cover the costs of providing this information. We will let you know what actions We take. If you do not agree with Our actions, you may send Us a statement. |
| **For Residents of CA:** You have the right to review, make corrections, or delete your recorded personal information contained in Our files. To do so, contact your agent, visit www.markel.com/privacy-policy, call (888) 560-4671, or write to Markel Corporation Privacy Office, 4521 Highwoods Parkway, Glen Allen, VA 23060. We do not and will not sell your personal information.<br>For the categories of personal information We have collected from consumers within the last 12 months, please visit: www.markel.com/privacy-policy. |
| **For Residents of MA and ME:** You may ask, in writing, for specific reason, for an adverse underwriting decision. |
| **Markel Group of Companies Providing This Notice:** City National Insurance Company, Essentia Insurance Company, Evanston Insurance Company, FirstComp Insurance Company, Independent Specialty Insurance Company, National Specialty Insurance Company, Markel Bermuda Limited, Markel American Insurance Company, Markel Global Reinsurance Company, Markel Insurance Company, Markel International Insurance Company Limited, Markel Service, Incorporated, Markel West, Inc. (d/b/a in CA as Markel West Insurance Services), Pinnacle National Insurance Company, State National Insurance Company, Inc., Superior Specialty Insurance Company, SureTec Agency Services, Inc. (d/b/a in CA as SureTec Agency Insurance Services), SureTec Indemnity Company, SureTec Insurance Company, United Specialty Insurance Company, Inc. |



# MARKEL AMERICAN INSURANCE COMPANY

## NOTICE TO POLICYHOLDERS
## CLAIM REPORTING

Please immediately report a new claim under this policy to:

**newclaims@markel.com**

For general claims inquiries after a claim has been reported, please email:

**markelclaims@markel.com**

In order for us to expedite the handling of your claim and quickly refer it to the appropriate party, please have the following information available:

- Claim number (or report as new)
- Your name, contact information and position with the Named Insured
- Date of loss
- Policy number and insured name
- Details of loss

Our address and additional contact information are as follows:

Markel Claims
P.O. Box 2009
Glen Allen, VA 23058-2009
Phone: 800-362-7535 (800) 3MARKEL
Fax: 855-662-7535 (855) 6MARKEL

Markel understands the importance of having knowledgeable claims professionals prepared to answer your questions with personal attention and expertise. With claims professionals located across four times zones, you are sure to find the claims assistance you need -- when you need it.

**PLEASE REFER TO THE POLICY FOR ANY NOTICE AND REPORTING PROVISIONS AND DUTIES IN THE EVENT OF LOSS OR DAMAGE TO COVERED PROPERTY.**

MPIL 1074 02 20                                                            Page 1 of 1

**INTERLINE**

**MARKEL**®

# MARKEL AMERICAN INSURANCE COMPANY

## U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – https://www.treasury.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



# MARKEL AMERICAN INSURANCE COMPANY

## CYBER INCIDENT AND ELECTRONIC DATA EXCLUSION
## ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

One of the following new exclusions is attached to your renewal policy being issued by us, and replaces any other cyber or electronic data exclusion contained in the policy. This Notice provides information regarding that exclusion.

**EXCLUSION – CYBER INCIDENT AND ELECTRONIC DATA**

This endorsement adds an exclusion to preclude coverage for loss or damage caused directly or indirectly by a cyber incident or any action taken to control, prevent, suppress, or remediate a cyber incident, and for loss or damage to electronic data, including cost or expense arising out of such loss or damage, with an exception for resulting physical loss of Covered Property directly caused by theft, robbery, burglary, hold-up, or other criminal taking solely targeted at or against you or your property, if such loss would otherwise be covered by this Coverage Form.

**EXCLUSION – CYBER-RELATED AND ELECTRONIC DATA OR SOFTWARE WITH LIMITED ADDITIONAL COVERAGE**

This endorsement:

1. Adds electronic data or software as property not covered;

2. Adds an exclusion to preclude coverage for loss, cost, or expense caused by, resulting from, or relating to any code, virus, malware, ransomware, or program which impairs or denies access to covered property, with exceptions for resulting direct and actual physical loss to covered property caused by resulting fire, collision, upset, overturn, or theft or presumed theft, if such loss would otherwise be covered by this Coverage Form;

3. Deletes the Virus And Hacking Coverage, Valuable Papers Supplemental Coverages, and Fraud And Deceit Coverage Extension, when such coverage is provided in the Coverage Form; and

4. Adds an Additional Coverage for Valuable Papers, Records, And Electronic Data Or Software, subject to a sublimit of $25,000.

MPIM 1009 02 22



# MARKEL AMERICAN INSURANCE COMPANY

## COMMERCIAL OUTPUT POLICY DECLARATIONS

POLICY NUMBER: MKLM4IM0053464

POLICY PERIOD: 03/01/2023 - 03/01/2024

This Policy becomes effective and expires at 12:01 a.m. Standard Time at Your Mailing Address Shown Below.

**NAMED INSURED & MAILING ADDRESS:**
Empire Midstream, LLC; Empire Ohio SWD I, LLC; Empire Fluid Solutions, LLC
601 Poydras St. Ste. 1725
New Orleans, LA 70130

**PRODUCER NAME & MAILING ADDRESS:**
Lockton Companies LLC
3657 Briarpark Drive, Suite 700
Houston, TX 77042

**IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS ONLY OF THE FOLLOWING DECLARATION(S) AND COVERAGE(S) FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | **PREMIUM:** |
|---|---|
| Contractors Equipment | $5,976 |
| COP - Property | $1,500 |

**Contractors Equipment is subject to a 25% Minimum Earned Premium.**

☐ Premium charge for coverage of certified acts of terrorism.
(Per Policyholder Disclosure TRIA Attached)

☒ Coverage for certified acts of terrorism has been rejected; exclusion attached.
(Per Policyholder Disclosure TRIA Attached)

State Specific Assessments/Surcharges (if applicable)(N/A in NY):

**TOTAL PREMIUM PAYABLE AT INCEPTION**          $7,476.00

**OTHER ENDORSEMENTS MADE A PART OF THIS POLICY AT TIME OF ISSUE:** MJIL 1000 06 10, MPIL 1007 01 20, MPIL 1074 02 20, MPIL 1083 04 15, MADCO 1000 09 15, CL 0100 03 99, CL 0126 01 01, CL 0610 01 15, CL 0700 10 06, IM 0185 08 07, IM 7000 04 04, IM 7005 01 12, IM 7030 01 12, IM 7854 04 04, IM 7902 01 12, CO 0415 08 07, CO 1000 10 02, CO 1050 03 05, CO 1052 04 02, CO 1072 04 02, CO 1080 11 03, CO 1084 10 07, CO 1220 10 07, CO 1227 05 02, CO 1232 04 02, CO 1293 11 03, MIL 1214 09 17

Date Issued: 03/20/2023
Issuing Office: Marine-MidSouth

**Authorized Representative:** _____

**MADCO 1000 09 15**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 1**

AAIS
CL 0100 03 99
Page 1 of 1

# COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records** -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

Copyright, American Association of Insurance Services, 1998

AAIS
CL 0126 01 01
Page 1 of 2

This endorsement changes the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## OHIO

1.  Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation --** "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" and "your" agent at the last mailing addresses known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice. The notice of cancellation will include the policy number, the date of the notice, the effective date and time of cancellation, and the reason for cancellation.

    If this policy has been in effect for less than 90 days, "we" may cancel for any reason.

    If this policy has been in effect 90 days or more, "we" may cancel only on the anniversary date or if one of the following reasons applies:

    a.  nonpayment of premium;

    b.  discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

    c.  discovery of a moral hazard or willful or reckless acts or omissions on "your" part that increase any hazard insured against;

    d.  the occurrence of a change in the individual risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed, except to the extent "we" reasonably should have foreseen

the change or contemplated the risk in writing the contract;

    e.  loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or the substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

    f.  "your" failure to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

    g.  a determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

    If "we" cancel this policy for nonpayment of premium, "we" will give notice at least ten days before cancellation is effective. If "we" cancel this policy for any other reason, "we" will give notice at least 30 days before cancellation is effective.

    If the term of this policy is longer than one year, "we" may cancel for any reason on the policy anniversary date. "We" will give written notice of cancellation at least 30 days prior to the policy anniversary date with the effective date of cancellation being that anniversary date.

    "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

CL 0126 01 01

Copyright, American Association of Insurance Services, 2001

**AAIS**
**CL 0126 01 01**
**Page 2 of 2**

2.  Under Common Policy Conditions, the
    following condition is added:

    **Nonrenewal --** If "we decide to not renew
    this policy, "we" will mail notice of
    nonrenewal to "you" and "your" agent, at the
    last mailing addresses known to "us", at least
    30 days before the expiration date of the
    policy. The notice of nonrenewal will include
    the policy number, the date of the notice, and
    the expiration date of the policy. Proof of
    mailing will be sufficient proof of notice.

3.  Under Common Policy Conditions, the
    following condition is added:

    **Renewal** -- If "we" intend to condition
    renewal of this policy upon a substantial
    increase in premium, "we" will mail notice of
    "our" intention to "you" and "your" agent, at
    the last mailing addresses know to "us", at
    least 30 days before the expiration date of
    the policy. Proof of mailing will be sufficient
    proof of notice.

**CL 0126 01 01**                    Copyright, American Association of Insurance Services, 2001

| | | |
|---|---|---|
| **AAIS** | This endorsement changes | |
| **CL 0610 01 15** | the policy | |
| **Page 1 of 1** | **-- PLEASE READ THIS CAREFULLY --** | |

# CERTIFIED ACT OF TERRORISM EXCLUSION

1. The following definition is added.

   "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

   a. to be an act of terrorism;

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure;

   c. to have resulted in damage:

      1) within the United States; or
      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

   d. to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

2. The following exclusion is added.

   **CERTIFIED ACT OF TERRORISM EXCLUSION**

   "We" will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

3. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

**CL 0610 01 15**

Copyright, American Association of Insurance Services, Inc., 2015

AAIS
CL 0700 10 06
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria --**

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

   a. any contamination by any virus, bacterium, or other microorganism; or

   b. any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006

**AAIS**
**IM 0185 08 07**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## OHIO

Under Loss Payment, Your Losses, Conditions For Payment Of Loss is deleted and replaced by the following:

**Conditions For Payment Of Loss --** An insured loss will be payable within ten days after a satisfactory proof of loss is received if the amount of the loss is undisputed and the settlement does not involve extraordinary circumstances. If the amount of the loss is in dispute, an insured loss will be payable ten days after the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us"; or

**IM 0185 08 07**

Copyright, American Association of Insurance Services Inc., 2007

AAIS
IM 7000 04 04
Page 1 of 13

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 2 of 13

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a.  personal property in the open; or

b.  the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1.  **Scheduled Equipment --**

    a.  **Coverage --** "We" cover direct physical loss caused by a covered peril to:

        1)  "your" "contractors' equipment"; and

2)  "contractors' equipment" of others in "your" care, custody, or control.

    b.  **Coverage Limitation --** "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

        1)  that are described on the "equipment schedule"; and
        2)  when Scheduled Equipment is indicated on the "schedule of coverages".

2.  **Schedule On File --**

    a.  **Coverage --** "We" cover direct physical loss caused by a covered peril to:

        1)  "your" "contractors' equipment"; and
        2)  "contractors' equipment" of others in "your" care, custody, or control.

    b.  **Coverage Limitation --** "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

        1)  that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and
        2)  when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1.  **Aircraft Or Watercraft --** "We" do not cover aircraft or watercraft.

2.  **Contraband --** "We" do not cover contraband or property in the course of illegal transportation or trade.

3.  **Leased Or Rented Property --** "We" do not cover property that "you" lease or rent to others.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 3 of 13

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 4 of 13

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages --** The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1.  **Employee Tools --**

    a.  **Coverage --** "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

    b.  **Coverage Limitation --** "We" only cover tools owned by "your" employees while at a:

        1)  premises that "you" own or operate; or
        2)  "jobsite".

    c.  **Limit --** The most "we" pay in any one occurrence for loss to employee tools is $5,000.

2.  **Equipment Leased Or Rented From Others --**

    a.  **Coverage --** "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

    b.  **Limit --** The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

3.  **Newly Purchased Property --**

    a.  **Coverage --** "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

    b.  **Limit --** The most that "we" pay for any loss under this supplemental coverage is the least of the:

        1)  actual cash value of the covered property; or
        2)  "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

Copyright, American Association of Insurance Services, Inc., 2004

c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;
2) 60 days after "you" obtain the additional "contractors' equipment"; or
3) "you" report the additional "contractors' equipment" to "us".

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4. **Pollutant Cleanup And Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Rental Reimbursement** --

a. **Coverage** -- In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b. **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c. **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or
2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

Copyright, American Association of Insurance Services, Inc., 2004

6. **Spare Parts And Fuel --**

    a. **Coverage --** "We" cover direct physical loss caused by a covered peril to:

        1) spare parts and accessories for "contractors' equipment"; and

        2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

    b. **Limit --** The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    a. **Civil Authority --** "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

    "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

    b. **Nuclear Hazard --** "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

    c. **War And Military Action --** "We" do not pay for loss caused by:

        1) war, including undeclared war or civil war; or

        2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

        3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

    With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a. **Contamination or Deterioration --** "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

    But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 7 of 13

b. **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

h. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

Copyright, American Association of Insurance Services, Inc., 2004

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 9 of 13

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

   a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

   b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

   c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 10 of 13

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

5. **Coinsurance --**

a. **When Coinsurance Applies --** "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

b. **How We Determine Our Part Of The Loss --** "Our" part of the loss is determined using the following steps:

   1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
   2) divide the "limit" for covered property by the result determined in b.1) above;
   3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit --** If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit --** If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e. **When Coinsurance Does Not Apply --** Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy --**

a. **Proportional Share --** "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount --** If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options --**

a. **Our Options --** In the event of loss covered by this coverage form, "we" have the following options:

   1) pay the value of the lost or damaged property;
   2) pay the cost of repairing or replacing the lost or damaged property;

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 11 of 13

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace --** "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses --**

a. **Adjustment And Payment Of Loss --** "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss --** An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others --**

a. **Adjustment And Payment of Loss To Property of Others --** Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner --** If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others --** If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports --**

a. **You Will Report To Us --** Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

b. **Cancellation --** If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment --**

a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

3. **Provisions That Affect How Much We Pay --** The following provisions apply to reports that are submitted and may affect How Much We Pay:

a. **Failure To Submit Reports --** If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 12 of 13

b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 13 of 13

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

    a. "you" or any other insured have willfully concealed or misrepresented:

        1) a material fact or circumstance that relates to this insurance or the subject thereof; or

        2) "your" interest herein.

    b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

    a. "you" must notify "us" promptly if "you" recover property or receive payment;

    b. "we" must notify "you" promptly if "we" recover property or receive payment;

    c. any recovery expenses incurred by either are reimbursed first;

    d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

    e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

---

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

POLICY NUMBER:MKLM4IM0053464

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## PROPERTY COVERED

(check one)

☒  Scheduled Equipment  (Refer to Equipment Schedule)

☐  Schedule On File

**"Limit"**

**Catastrophe Limit --** The most "we" pay
for loss in any one occurrence is:                 $1,072,408

## COVERAGE EXTENSIONS

Additional Debris Removal Expenses              $5,000

## SUPPLEMENTAL COVERAGES

Employee Tools                                  $5,000

Equipment Leased or Rented From Others          $250,000 per item/per occurrence

Newly Purchased Equipment  (check one)

☐  Percentage of Catastrophe Limit

   ☒  Dollar Limit                                  $50,000

Pollutant Cleanup and Removal                   $25,000

Rental Reimbursement

   -- Reimbursement Limit                          $5,000
   -- Waiting Period

Spare Parts and Fuel                            $5,000

## COINSURANCE  (check one)

☒ 80%        ☐ 90%        ☐ 100%        ☐ Other

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7005 01 12**
**Page 2 of 2**

**REPORTING CONDITIONS**     (check if applicable)

☒ **Equipment Leased or Rented From Others**

-- Reporting Rate                          $2.00 per $100 Rental Expenditures

-- Deposit Premium                      $1,000
-- Minimum Premium                    $1,000

**VALUATION**     (check if applicable)

☒ Actual Cash Value          ☒ Replacement Cost  on items 5 years old and newer

☐ Indicated on Equipment Schedule

**DEDUCTIBLE**   (check one)

☒     Flat Deductible Amount                    $5,000
☐     Percentage Deductible

**ADDITIONAL INFORMATION**

Saltwater disposal operations are excluded.

IM 7005 01 12

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7030 01 12**
**Page 1 of 1**

**POLICY NUMBER**
MKLM4IM0053464

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## EQUIPMENT SCHEDULE

**Item
No.**  **Description of Equipment**  **"Limits"**

See attached list

---

**IM 7030 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

| Empire OH-SWD I, LLC | | | | | |
|---|---|---|---|---|---|
| Description | Year | Make | Model | Serial # | Total Insured Value |
| Hurricane Unit | 2017 | Industrial Vacuum | HT808-0042 | 109H2UF3XCW048013 | $ 100,000 |
| Kubota Excavator | 2019 | Kubota | KX057-4 | KBCK0574LK3C31161 | $ 76,000 |
| Truck Scale | 2019 | Air Weigh | AW1851 | 80T1170RS | $ 37,000 |
| Piping | N/A | N/A | N/A | N/A | $ 20,000 |
| 500 BBL Lay Down Frac Tanks | | | | | |
| Dirty 1 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1539 | $ 10,000 |
| Dirty 2 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-2728 | $ 10,000 |
| Dirty 3 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-3388 | $ 10,000 |
| Dirty 4 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1972 | $ 10,000 |
| Dirty 5 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-3376 | $ 10,000 |
| Dirty 6 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1990 | $ 10,000 |
| Clean 1 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1983 | $ 10,000 |
| Clean 2 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-2716 | $ 10,000 |
| Clean 3 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-3375 | $ 10,000 |
| Clean 4 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1973 | $ 10,000 |
| Clean 5 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1537 | $ 10,000 |
| Clean 6 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1811 | $ 10,000 |
| Clean 7 | 2011 | Rhodes MFG Inc | K99FL10-96-AULT | 41-1531 | $ 10,000 |
| Clean 8 | 2011 | Rhodes MFG Inc | GSRL-ATMAMB-NS | 41-1810 | $ 10,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mixing and Dosing Pumps | | | | | | |
|---|---|---|---|---|---|---|
| P1 | 2018 | Grundfos | B99584679P219130001 | 32-160/156AF2LBQQV | $ | 3,620 |
| P2 | 2018 | Grundfos | B99584682P219160005 | 65-125/32AF2LBQQV | $ | 4,785 |
| P3 | 2018 | Grundfos | B99584662P219160003 | 65-125/12AF2LBQQV | $ | 4,785 |
| P4 | 2018 | Grundfos | B99584716P219140001 | | $ | 3,890 |
| P5 | 2018 | Grundfos | B99584721P219150002 | | $ | 4,250 |
| Brine 1 | 2020 | AMT | 4872-95 | | $ | 2,350 |
| Brine 2 | 2020 | AMT | 4872-95 | | $ | 2,350 |
| Brine 3 | 2020 | AMT | 4872-95 | | $ | 2,350 |
| Back Up Pumps - Packaged on Pallets | | | | | | |
| P1 Transfer Pump (Dulex) | 2020 | Grundfos | | | $ | 2,038 |
| P2 Mixing Pump/P3 Mixing Pump (Duplex) | 2020 | Grundfos | | | $ | 1,611 |
| P4 Drainage Pump (Duplex) | 2020 | Grundfos | | | $ | 2,243 |
| P5 UF Permeate Pump (Duplex) | 2020 | Grundfos | | | $ | 2,530 |
| Feed Pump UF Buffer (DGF Container) | 2020 | Grundfos | | NB32-125.1/116 X-F2-R-BQQV | $ | 1,574 |
| Internal Recirculaton Pump (UF Container) | 2020 | Grundfos | | NB125-200/218 XS-F2-R-BQQV | $ | 5,449 |
| Backwash Pump (UF Container) | 2020 | Grundfos | | NB32-125/134 XS-F2-R-BQQV | $ | 2,173 |
| CIP Pump (UF Container) | 2020 | Grundfos | | NB32-125.1/108 X-F2-K-BQQV | $ | 1,382 |
| Recirculation Pump (DGF Container | 2020 | Grundfos | | LBU 403 C 120L | $ | 7,039 |
| Feed Pump (DGF Container) | 2020 | Vogelsang | | | $ | 6,244 |
| Injection Pump | | | W250 Triplex Pump | 20220204 | $ | 164,200 |
| Injection Pump VFD | | Siemens | SITRANS FCS300 | 7ME46533-4LD11-0DL3-Z | $ | 28,700 |
| Injection Charge Pump | | Titan | | XGV321A714279 | $ | 12,800 |
| Clean Water Filter | | Wessels 118-1583 | | 1583-NBF32-6FK1-E | $ | 10,500 |
| Truck Offload Pump | | Titan | Centrifugal 3x4-8 7.5HP | PHV422028031 | $ | 19,515 |
| Truck Offload Pump | | Titan | Centrifugal 3x4-8 7.5HP | PHV422028032 | $ | 19,515 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Truck Offload Pump | | Titan | Centrifugal 3x4-8 7.5HP | PHV422028034 | $ 19,515 |
| Truck Offload Rock Basket | | Titan | 6" Basket Strainer | 21101103 | $ 5,350 |
| Truck Offload Rock Basket | | Titan | 6" Basket Strainer | 21061247 | $ 5,350 |
| Truck Offload Rock Basket | | Titan | 6" Basket Strainer | 21031011 | $ 5,350 |
| Sump Pump | | Zoeller | 1.5HP Sump Pump | 188-0031 | $ 22,000 |
| Sump Pump | | Zoeller | 1.5HP Sump Pump | 188-0031 | $ 22,000 |
| Flow meters | | Siemens | | 007816/929X001 | $ 38,950 |
| 300/400 line combinationMagnetiStarter | | ABB (Qty: 4) | | CR308CT02H34AAAAA | $ 10,000 |
| Starter | | 3780B4LCpjsft-lsr3 (Qty: 2) | | 234186-A1 | $ 5,000 |
| | | | | | $ 822,408 |

**AAIS**
**IM 7854 04 04**
**Page 1 of 1**

This endorsement changes
the Inland Marine Coverage
**-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Inland Marine Coverage(s).

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

**IM 7854 04 04**

Copyright, American Association of Insurance Services, Inc.,2004

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
MKLM4IM0053464

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

☒  Loss Payable

☐  Lender's Loss Payable

☐  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|

We will pay any and all loss payees according to written contracts as their
interests may appear

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

| **AAIS**<br>**CO 0415 08 07**<br>**Page 1 of 1** | This endorsement changes<br>the policy<br>**-- PLEASE READ THIS CAREFULLY --** |

# AMENDATORY ENDORSEMENT
## OHIO

1. Under How Much We Pay, the following is added:

   **Total Loss, Real Property** -- In the event of a total loss to covered real property caused by fire, or lightning, in the absence of any change to the property that increases the risk without "our" consent, and in the absence of intentional fraud on the part of the insured, the "limit" for a covered building or structure represents its value, subject to the following:

   a. This provision does not apply to property insured under the Replacement Cost "terms".

   b. Cellar and foundation walls are not to be considered a part of such building or structure in settling the loss, despite any contrary provisions on the application or in this policy.

2. Under How Much We Pay, Insurance Under More Than One Policy does not apply to loss to real property.

3. Under How Much We Pay, the following is added:

   **Insurance Under More Than One Policy, Real Property** -- In the event of loss to covered real property, if there is other insurance that applies to the loss, "we" pay "our" share of the loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the total amount of insurance that applies to the loss. However, "we" will not pay more than the applicable "limit".

4. Loss Payment, Your Losses is deleted and replaced by the following:

   **Your Losses** -- "We" will adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable within ten days after a satisfactory proof of loss is received if the amount of the loss is undisputed and the settlement does not involve extraordinary circumstances. If the amount of the loss is in dispute, an insured loss will be payable ten days after the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

---

**CO 0415 08 07**

Copyright, American Association of Insurance Services, Inc., 2007

AAIS
CO 1000 10 02
Page 1 of 31

# COMMERCIAL OUTPUT PROGRAM
## PROPERTY COVERAGE PART

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Commercial Output Program. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Accident" means direct physical loss as follows:

    a.  mechanical breakdown;

    b.  rupturing or bursting of moving parts of machinery caused by centrifugal force;

    c.  loss caused by arcing or electrical currents other than lightning;

    d.  explosion of steam boilers, steam pipes, steam turbines, or steam engines that "you" own or lease or that are operated under "your" control;

    e.  loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment; or

    f.  loss to hot water boilers or heaters caused by any condition or occurrence within such equipment.

4.  "Business" means the usual business operations occurring at "covered locations" including the tenantability of "covered locations" when the selected coverage option includes "rents".

5.  "Computers" means:

    a.  "hardware" owned by "you" or in "your" care, custody, or control; or

    b.  "software".

6.  "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by "you" or not, into a "computer", a Web site, or a "computer" network and that results in but is not limited to:

    a.  deletion, destruction, generation, or modification of "software";

    b.  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

    c.  observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

Copyright, American Association of Insurance Services, Inc., 2002

d. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

e. denial of access to or denial of services from "computers", "computer" network, or Web site including related "software".

7. "Computer virus" means the introduction into a "computer", "computer" network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

a. deletion, destruction, generation, or modification of "software";

b. alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

c. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

d. denial of access to or denial of services from "computers", "computer" network, or Web site including related "software".

8. "Covered equipment", unless otherwise specified in a schedule, means equipment:

a. that generates, transmits, or utilizes energy; or

b. which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

Such equipment must be covered property, except as specifically provided for under Utility Service Interruption coverage and the Spoilage Coverage Part.

"Covered equipment" does not mean:

a. equipment manufactured by "you" for sale;

b. buildings, structures, or compartments that cover or house "covered equipment";

c. foundations that support "covered equipment";

d. sewage and other underground piping and vessels, water piping, or sprinkler system piping. However, "we" cover:

1) boiler feedwater and condensate return piping; and
2) water piping for heating, air conditioning, or refrigeration systems;

e. "mobile equipment", including but not limited to draglines or other excavation equipment;

f. aircraft or watercraft and their motors, equipment, and accessories;

g. automobiles, motor trucks, tractors, trailers, and similar conveyances and their motors, equipment, and accessories. However, any property that is stationary, permanently installed at a "covered location", and receives electrical power from an external power supplier will not be considered an automobile, motor truck, tractor, or trailer; or

h. "computers".

9. "Covered location" means any location or premises where "you" have buildings, structures, or business personal property covered under this coverage.

However, if the Scheduled Locations Endorsement is added to this policy, "covered location" means a location that is described on the Location Schedule.

"Covered location" does not mean vehicles containing covered property, except vehicles on or within 1,000 feet of the premises of any covered building or structure.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 3 of 31

10. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

11. "Dependent locations" means locations that are operated by others and that "your" "business" depends on, as described below. Dependent locations includes but is not limited to:

   a. contributing locations, these are "your" suppliers' locations or locations of suppliers that deliver services or materials to others for "your" account. Contributing locations do not include suppliers of:

      1) water;
      2) telecommunications, including but not limited to Internet service providers; or
      3) power;

   b. recipient locations, these are locations that receive "your" products;

   c. leader locations, these are locations that attract customers to "your" "business"; or

   d. manufacturing locations, these are locations that make products for delivery to "your" customers under contract of sale.

12. "Fine arts" means bona fide works of art of rarity, historical value, or artistic merit, including but not limited to paintings, etchings, pictures, tapestries, and art glass windows.

13. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from any of these whether driven by wind or not.

14. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but not limited to:

   a. mainframe and mid-range computers and servers;

   b. personal computers and workstations;

   c. laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

   d. peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

15. "Limit" means the amount of coverage that applies.

16. "Media" means an instrument that is used with "hardware" and on which "data records", "programs and applications", and proprietary programs can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, or CD-ROMs.

17. "Mobile equipment" means:

   a. contractors' equipment or similar equipment of a mobile or floating nature;

   b. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   c. vehicles designed for highway use that are unlicensed and not operated on public roads.

18. "Money" means currency, bullion, coins, bank notes in current use, and traveler's checks, register checks, and money orders held for sale to the public.

19. "Off-site server" means a server for "your" Web site that is being maintained or operated by and that is located at the premises of:

   a. an independent contractor acting as "your" Web host; or

   b. "your" Internet service provider that is acting as "your" Web host.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**CO 1000 10 02**
**Page 4 of 31**

20. "One accident" means:

When an initial "accident" causes or results in other "accidents", all of the "accidents" will be considered "one accident". All "accidents" that are the result of the same occurrence will be considered "one accident".

21. "Perishable stock" means personal property preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

22. "Pollutant" means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

23. "Programs and applications" means operating programs and applications that "you" purchase and that are:

a. stored on "media"; or

b. pre-installed and stored in "hardware".

Applications includes, but is not limited to, programs for word processing, spreadsheet calculations, and graphic design.

24. "Proprietary programs" means proprietary operating programs and applications that "you" developed or that "you" had developed specifically for "you" and that are:

a. stored on "media"; or

b. installed and stored in "hardware".

25. "Rents" means "your" actual loss of:

a. rental income from a "covered location" as furnished or equipped by "you", less any expenses that do not continue;

b. the fair rental value of any part of a "covered location" that "you" occupy, less any expenses that do not continue; and

c. other charges for which a tenant is legally obligated and which "you" would otherwise be obligated.

26. "Restoration period" means:

a. The time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to property at a "covered location" that is caused by a covered peril and ending on the date:

1) the property should be rebuilt, repaired, or replaced; or
2) business is resumed at a new permanent location.

This is not limited by the expiration date of the policy.

b. The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

1) regulates the construction, use, or repair of any property; or
2) requires the demolition of any property, in part or in whole, not damaged by a covered peril.

However, except as provided under Supplemental Income Coverage, Pollutant Cleanup and Removal, "we" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

The ordinance, law, or decree must be in force at the time of loss.

Copyright, American Association of Insurance Services, Inc., 2002

c.  Only as regards coverage described under Dependent Locations in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage to a "dependent location" caused by a covered peril, and ending on the date:

1)  the property at the "dependent location" should be rebuilt, repaired, or replaced; or
2)  business is resumed at a new, permanent location.

This is not limited by the expiration date of the policy.

d.  Only as regards coverage described under Off Premises Utility Service Interruption; and Property In Transit, On Exhibition, or In the Custody Of Sales Representatives in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

1)  property not located at a "covered location" and that is owned by a utility, a landlord, or another utility supplier;
2)  the "off-site server" for "your" Web site or the location that houses the "off-site server" for "your" Web site;
3)  property in transit, on exhibition, or in the custody of sales representatives;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

27. "Schedule of coverages" means:

a.  all pages labeled schedule of coverages or schedules which pertain to this coverage; and

b.  declarations or supplemental declarations which pertain to this coverage.

28. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property. This includes, but is not limited to, stock certificates; tokens, tickets, revenue, or stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt used in connection with charge, credit, or debit cards that are not issued by "you", but does not include "money".

29. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

30. "Software" means:

a.  "media";

b.  "data records";

c.  "programs and applications"; and

d.  "proprietary programs".

31. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a.  business personal property in the open; or

b.  to the interior of buildings or structures, or business personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**CO 1000 10 02**
**Page 6 of 31**

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

32. "Spoilage" means any detrimental change in physical state of "perishable stock". Detrimental change includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, solidification of liquid or molten material, chemical reactions to material in process, and reduction in value of time sensitive materials.

33. "Terms" are all provisions, limitations, exclusions, conditions, and definitions that apply.

34. "Theft" means any act of stealing, including burglary or robbery.

35. "Valuable papers" means documents, manuscripts, or records that are inscribed, printed, or written. This includes, but is not limited to, abstracts, books, deeds, drawings, films, maps, or mortgages.

36. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

"We" cover direct physical loss to covered property at a "covered location" caused by a covered peril.

### BUILDING PROPERTY

1. **Covered Building Property** -- Covered Building Property means buildings and structures and:

    a. completed additions;

    b. fixtures, machinery, and equipment which are a permanent part of a covered building or structure;

    c. outdoor fixtures;

    d. personal property owned by "you" and used to maintain or service a covered building or structure or its premises. This includes air-conditioning equipment; fire extinguishing apparatus; floor coverings; and appliances for refrigerating, cooking, dish washing, and laundering;

    e. if not covered by other insurance, buildings and additions to buildings under construction, alteration, and repair including:

        1) materials, equipment, supplies, and temporary structures, on or within 1,000 feet of a "covered location", intended and designated for use in the construction, alteration, and repair of buildings or additions to buildings; and

        2) "your" contractual liability for the interest of contractors and sub-contractors in buildings and additions to buildings under construction, alteration, and repair such as materials, equipment, supplies, and temporary structures, on or within 1,000 feet of a "covered location", intended and designated for use in the construction, alteration, and repair of buildings or additions to buildings;

    f. building glass;

    g. the following property if it is located on or within 1,000 feet of a covered building or structure:

        1) radio and television towers, antennas, satellite dishes, masts, lead-in wiring, and guy wires. This includes foundations and any other property that is permanently attached to any of these types of property;

Copyright, American Association of Insurance Services, Inc., 2002

2) awnings or canopies; and

3) fences;

h. signs, whether or not they are attached to covered buildings, or structures; or

i. foundations of buildings, structures, machinery, or boilers.

2. **Building Property That Is Not Covered --** Except as provided under Supplemental Coverages - Underground Pipes, Pilings, Bridges and Roadways, Covered Building Property does not include:

a. pilings, piers, wharves, docks, or retaining walls;

b. underground pipes, flues, or drains; and

c. bridges, walkways, roadways, and other paved surfaces.

## BUSINESS PERSONAL PROPERTY

1. **Covered Business Personal Property --** Covered business personal property means "your" business personal property in buildings or structures at a "covered location" or in the open (or in vehicles) on or within 1,000 feet of a "covered location". This includes:

a. "your" use interest as a tenant in improvements to the buildings or structures. Improvements are fixtures, alterations, installations, or additions:

1) to a building or structure "you" occupy but do not own; and

2) made or acquired at "your" expense and which cannot be legally removed by "you".

"We" also cover "your" interest as a tenant in undamaged improvements that "you" lose because "your" lease has been canceled by the lessor as a result of damage to the building or structure "you" occupy but do not own. The damage to the building must be caused by a covered peril;

b. leased personal property which "you" have a contractual responsibility to insure;

c. "your" interest in personal property of others to the extent of "your" labor, material, and services;

d. "computers", if not covered by other insurance;

e. personal property which will become a part of "your" installation, fabrication, or erection project while:

1) at the site of installation, fabrication, or erection; or

2) while in temporary storage awaiting installation, fabrication, or erection.

Coverage under this provision is not restricted to buildings or structures at a "covered location" or within 1,000 feet of a "covered location";

f. "mobile equipment", if not covered by other insurance. Coverage under this provision is not restricted to buildings or structures at a "covered location" or within 1,000 feet of a "covered location"; and

g. personal property of others. This means personal property of others that is in "your" care, custody, or control.

Personal property of others includes property that is sold under an installation agreement where "your" responsibility continues until the property is accepted by the buyer.

"Our" payment for loss to personal property of others will only be for the benefit of the owners of the personal property.

2. **Business Personal Property That Is Not Covered --** Covered business personal property does not include:

a. "off-site server"; and

Copyright, American Association of Insurance Services, Inc., 2002

b.  except as provided under Supplemental Marine Coverages;

    1)  personal property in transit as described under Property In Transit;
    2)  "fine arts" as described under Fine Arts;
    3)  "computers" while away from a "covered location" as described under Off Premises Computers;
    4)  property while temporarily on display or exhibit as described under Property On Exhibition;
    5)  samples of "your" stock as described under Sales Representative Samples; and
    6)  duplicate or back-up "software" as described under Software Storage.

## PROPERTY NOT COVERED

1.  **Airborne or Waterborne Property** -- "We" do not cover airborne or waterborne personal property unless the property is being transported by regularly scheduled airlines or ferry service.

2.  **Aircraft or Watercraft** -- "We" do not cover aircraft or watercraft (and their motors, equipment, and accessories) that are operated principally away from a "covered location". However, "we" do cover:

    a.  aircraft or watercraft (and their motors, equipment, and accessories) that "you" manufacture, process, warehouse, or hold for sale; and

    b.  rowboats or canoes out of water at a "covered location".

3.  **Animals** -- "We" do not cover animals, including but not limited to birds and fish, unless owned by others and boarded by "you". "We" do cover animals "you" own and hold for sale while inside of buildings.

4.  **Automobiles and Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed and used for over-the-road transportation of people or cargo.

    "We" do cover:

    a.  "mobile equipment" described under Business Personal Property; and

    b.  automobiles and vehicles that "you" manufacture, process, or warehouse. However, "we" do not cover automobiles or vehicles held for sale, lease, loan or rental.

5.  **Checked Luggage** -- "We" do not cover loss resulting from "theft" or disappearance of a laptop, palmtop, notebook PC, or any portable "computer" while in transit as checked luggage.

6.  **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

7.  **Cost of Excavation** -- "We" do not cover the cost of excavations, grading, filling, or backfilling. However, if a covered loss occurs to covered property below the surface of the ground, "we" cover costs that are a necessary part of the repairing, rebuilding, or replacement of the property.

8.  **Crops While Outside of Buildings** -- "We" do not cover grain, hay, straw, or other crops while outside of buildings.

9.  **Exports and Imports** -- "We" do not cover exported or imported property that is covered under any ocean marine cargo insurance policy or any similar policy that anyone has obtained covering exports and imports.

10. **Land, Water, and Growing Crops** -- "We" do not cover:

    a.  land, including but not limited to land on which the covered property is located;

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 9 of 31

b. underground or surface water; or

c. growing crops.

11. **Money, Securities, Accounts, and Valuable Papers** -- Except as provided elsewhere in this policy, "we" do not cover "money", "securities", accounts, bills, and the cost to reproduce, replace, or restore "valuable papers" and lost information.

12. **Outdoor Trees, Shrubs, Plants, or Lawns** -- Except as provided under Supplemental Coverages - Trees, Shrubs, and Plants, "we" do not cover trees, shrubs, plants, or lawns (other than stock).

13. **Property More Specifically Insured** -- "We" do not cover property which is more specifically insured in whole or in part by any other insurance. "We" do cover the amount in excess of the amount due from the more specific insurance whether "you" can collect on it or not.

14. **Property of Others** -- "We" do not cover property of others for which "you" are responsible as:

a. a carrier for hire; or

b. an arranger of transportation. This includes carloaders, consolidators, brokers, freight forwarders, or shipping associations.

15. **Property You Have Sold** -- "We" do not cover property that "you" have sold after it has been delivered. This does not include property which "you" have sold under an installation agreement.

## COVERAGE EXTENSIONS

The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1. **Consequential Loss** -- "We" pay for "your" consequential loss of undamaged business personal property. Consequential loss means the loss of value of an undamaged part or parts of a product which becomes unmarketable. It must be unmarketable due to a physical loss to another part or parts of the product caused by a covered peril.

2. **Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

a. extract "pollutants" from land or water; or

b. remove, restore, or replace polluted land or water.

"We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 10 of 31

However, "we" pay up to an additional $50,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

"We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

3. **Emergency Removal** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses** -- "We" pay up to $5,000 for "your" expenses to move or store covered property to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit** -- "We" pay up to $5,000 for "theft" of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

   a. to persons who falsely represent themselves as the proper persons to receive the property; or

   b. by the acceptance of fraudulent bills of lading or shipping receipts.

6. **Damage From Theft** -- "We" cover direct physical damage caused by "theft" or attempted "theft" to:

   a. a building that "you" do not own and that contains "your" business personal property; or

   b. personal property not owned by "you" within such building and that is used to maintain or service the building or structure or its premises.

   This coverage extension only applies to a location where "you" are a tenant and the terms of "your" lease make "you" liable for damage caused by "theft" or attempted "theft".

7. **Off Premises Utility Service Interruption**

   a. **Coverage** -- "We" cover direct physical loss or damage caused by the interruption of an off premises utility service when the interruption:

      1) results in the direct physical loss or damage to covered property located at a "covered location"; and
      2) is a result of direct physical loss or damage by a covered peril to property that is not located at a "covered location" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

         a) power or gas;
         b) telecommunications, including but not limited to Internet access; or
         c) water, including but not limited to waste water treatment.

Copyright, American Association of Insurance Services, Inc., 2002

b. **Overhead Transmission Lines --** If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

  1) overhead transmission and distribution lines;
  2) overhead transformers and similar equipment; and
  3) supporting poles and towers.

c. **Perishable Stock Exclusion --** Coverage under this extension does not include loss of "perishable stock" due to "spoilage" that results from:

  1) complete or partial lack of electrical power; or
  2) fluctuation of electrical current.

d. **Applicable Limit --** The most "we" pay in any one occurrence under this Coverage Extension is $50,000.

---

# SUPPLEMENTAL COVERAGES

---

The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

Unless otherwise stated, each supplemental coverage:

a. applies to covered property in or on buildings or structures at a "covered location" or in the open (or in vehicles) within 1,000 feet of a "covered location"; and

b. is not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1. **Brands or Labels Expense --** If covered business personal property is damaged and the damage is caused by a covered peril, "we" have the option to take all or any part of the damaged business personal property at the agreed or appraised value. "You" may stamp salvage or remove any brands or labels from the property or its containers. "You" must not damage the property or containers when "you" remove the brands or labels. "You" must re-label the merchandise or its containers if required by law.

  The most "we" pay in any one occurrence for "your" expenses for stamping or removing brands or labels is $50,000.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 12 of 31

2. **Expediting Expenses** -- When a covered peril occurs to covered property, "we" pay for reasonable expenses necessary to expedite permanent repairs or replacement and make temporary repairs to damaged covered property. Expediting expenses include additional labor or overtime, and transportation costs.

The most "we" pay for all expediting expenses in any one occurrence is $50,000.

3. **Fire Department Service Charges** -- "We" pay up to $25,000 to cover "your" liability, assumed by contract or agreement prior to the loss, for fire department service charges.

This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

No deductible applies.

4. **Inventory and Appraisal Expense** -- "We" pay up to $50,000 for reasonable expenses, for the taking of inventory and appraisals, incurred by "you" at "our" request to assist "us" in the determination of the amount of a loss caused by a covered peril.

"We" do not pay for:

a. any expenses incurred under the Other Conditions, Appraisal section of this coverage; or

b. any public adjusters' fees or attorneys' fees.

5. **Ordinance or Law (Undamaged Parts of a Building)** -- When a covered peril occurs to a covered building or structure, "we" pay for the value of undamaged parts of a covered building or structure that is required to be demolished as a result of the enforcement of any ordinance, law, or decree that:

a. requires the demolition of undamaged parts of a covered building or structure that is damaged or destroyed by a covered peril;

b. regulates the construction or repair of a building or structure, or establishes building, zoning, or land use requirements at a "covered location"; and

c. is in force at the time of loss.

"We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

6. **Ordinance or Law (Increased Cost to Repair and Cost to Demolish and Clear Site)** --

a. **Increased Cost to Repair** -- When a covered peril occurs to a covered building or structure, "we" cover the:

1) increased cost to repair, rebuild, or reconstruct damaged portions of a covered building or structure; and

2) increased cost to repair, rebuild, or reconstruct undamaged portions of a covered building or structure whether or not those undamaged portions need to be demolished;

as a result of the enforcement of building, zoning, or land use ordinance, law, or decree and is in force at the time when a covered peril occurs to a covered building or structure.

If a covered building or structure is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by building, zoning, or land use ordinance, law, or decree.

Copyright, American Association of Insurance Services, Inc., 2002

"We" do not cover the increased cost of construction until the covered building or structure is actually repaired or replaced and unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years.

b. **Cost to Demolish and Clear Site --** "We" cover the cost to demolish and clear the site of undamaged parts of the covered building or structure that is damaged or destroyed by a covered peril. The demolition must be a result of the enforcement of a building, zoning, or land use ordinance, law, or decree that is in force at the time when a covered peril occurs to a covered building or structure.

c. **We Do Not Cover --** "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that:

   1) requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants"; or

   2) "you" were required to comply with before the covered peril occurred to a covered building or structure, even if the building or structure was undamaged and "you" failed to comply with the ordinance, law, or decree.

d. **What We Pay If The Building Is Repaired or Replaced --** If the covered building or structure is repaired or replaced, "we" pay the lesser of:

   1) the amount "you" actually spend to demolish and clear the site, plus the actual increased cost to repair, rebuild, or construct the property but not for more than a building or structure of the same height, floor area, and style; or

   2) $100,000.

e. **What We Pay If The Building Is Not Repaired or Replaced --** If the covered building or structure is not repaired or replaced, "we" pay the lesser of:

   1) the amount "you" actually spend to demolish and clear the site; plus the cost "you" would have incurred to replace the damaged or destroyed property with other property:

      a) of like kind, and quality;
      b) of the same height, floor area, and style; and
      c) used for the same purpose; or

   2) $100,000.

7. **Personal Effects --** "We" cover direct physical loss caused by a covered peril to personal effects owned by "you", "your" officers, "your" partners, or "your" employees.

   The most "we" pay for loss to personal effects in any one occurrence or at any one "covered location" is $15,000.

8. **Pollutant Cleanup and Removal --** "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   The most "we" pay for each site or "covered location" is $50,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 14 of 31

9. **Recharge of Fire Extinguishing Equipment** -- "We" pay up to $50,000 to cover "your" incurred expenses to recharge "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

    a.  to fight a fire;

    b.  as a result of a covered peril; or

    c.  as a result of an accidental discharge.

However, "we" do not pay for "your" expenses to recharge equipment as a result of a discharge during testing or installation.

If it is less expensive to do so, "we" will pay "your" costs to replace "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

10. **Rewards** -- "We" pay up to $10,000 as a reward for information that leads to a conviction for arson, "theft", or vandalism. The conviction must involve a covered loss caused by arson, "theft", or vandalism.

The amount "we" pay is not increased by the number of persons involved in providing the information.

11. **Sewer Backup and Water Below the Surface** -- "We" cover direct physical loss caused by:

    a.  water that backs up through a sewer or drain; or

    b.  water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

The most "we" pay for loss caused by sewer backup and water below the surface in any one occurrence is $25,000.

12. **Trees, Shrubs, and Plants** -- "We" cover direct physical loss (and debris removal expenses) to outdoor trees, shrubs, plants, and lawns at a "covered location". "We" only cover loss caused by:

    a.  fire;

    b.  lightning;

    c.  explosion;

    d.  riot or civil commotion;

    e.  falling objects; or

    f.  vandalism.

The most "we" pay for loss to trees, shrubs, and plants in any one occurrence is $50,000.

Coverage under this supplemental coverage does not apply to property held for sale by "you".

13. **Underground Pipes, Pilings, Bridges, and Roadways** -- "We" cover direct physical loss caused by a covered peril to:

    a.  pilings, piers, wharves, docks, or retaining walls;

    b.  underground pipes, flues, or drains; and

    c.  bridges, walkways, roadways, and other paved surfaces.

The most "we" pay under this Supplemental Coverage in any one occurrence or at any one "covered location" is $250,000.

Copyright, American Association of Insurance Services, Inc., 2002

## SUPPLEMENTAL MARINE COVERAGES

The following Supplemental Marine Coverages indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Marine Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Marine Coverage provided below is separate from, and not part of the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Marine Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Marine Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Marine Coverage cannot be combined or added to the "limit" for any other Supplemental Marine Coverage, Supplemental Coverage, or Coverage Extension including a Supplemental Marine Coverage, Supplemental Coverage, or Coverage Extension that is added to this policy by endorsement.

The following supplemental marine coverages are not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1.  **Accounts Receivable** -- "We" pay up to $50,000 to cover losses and expenses that "you" incur as a result of a direct physical loss caused by a covered peril to "your" records of accounts receivable.

    Losses and expenses under this coverage means:

    a.  all sums due "you" from customers, provided "you" are unable to effect collection;

    b.  interest charges on any loan used to offset impaired collections pending "our" payment of such sums;

    c.  collection expenses in excess of normal collection costs made necessary because of loss or damage; and

    d.  other reasonable expenses incurred by "you" in recreating records of accounts receivable following such loss or damage.

2.  **Electrical or Magnetic Disturbance of Computers** -- "We" cover direct physical loss to "computers" caused by electrical or magnetic disturbance that results in electrical or magnetic damage to "computers" and damage to, disturbance of, or erasure of electronic records.

    This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

3.  **Power Supply Disturbance of Computers** -- "We" cover direct physical loss to "computers" caused by power supply disturbance such as interruption of power supply, power surge, blackout, or brownout.

    This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2002

4. **Virus and Hacking Coverage** -- "We" cover direct physical loss to covered "computers", "your" "computer" network and "your" Web site caused by a "computer virus" or by "computer hacking". However, "we" do not cover:

   a.  loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

   b.  loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

   c.  theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "computers", "your" computer network, or "your" Web site without any alteration or other physical loss or damage to the records or programs.

      Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

   d.  except as provided under the Supplemental Income Coverages section of the Commercial Output Program - Income Coverage Part (if attached to this policy), denial of access to or services from "computers", "your" "computer" network, or "your" Web site.

   The most "we" pay in any one occurrence under this Supplemental Marine Coverage is $25,000.

   The most "we" pay for all covered losses under this Supplemental Marine Coverage during each separate 12-month period of this policy is $50,000.

5. **Fine Arts** -- "We" cover direct physical loss caused by a covered peril to "your" "fine arts" at a "covered location". "We" also cover "your" "fine arts" while:

   a.  temporarily on display or exhibit away from a "covered location"; or

   b.  in transit between a "covered location" and a location where the "fine arts" will be temporarily on display or exhibit.

   The most "we" pay for loss to "fine arts" in any one occurrence or at any one "covered location" is $100,000.

6. **Off Premises Computers** -- "We" cover direct physical loss caused by a covered peril to "computers" in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

   a.  away from a "covered location"; or

   b.  in transit between a "covered location" and "you", "your" officers, "your" partners, or "your" employees.

   The most "we" pay in any one occurrence for loss to off premises "computers" is $25,000.

7. **Property on Exhibition** -- "We" cover direct physical loss caused by a covered peril to business personal property while temporarily on display or exhibit at locations "you" do not regularly occupy.

   The most "we" pay in any one occurrence for loss to property on exhibition is $50,000.

8. **Property in Transit** -- "We" cover direct physical loss caused by a covered peril to business personal property while in transit, regardless if the loss involves one or more vehicles, conveyances, containers, trailers, or any combination of these.

Copyright, American Association of Insurance Services, Inc., 2002

a. **Property You Have Sold** -- "We" also cover direct physical loss caused by a covered peril to business personal property that "you" have sold and are shipping at the owner's risk. "We" only pay for loss to business personal property that "you" have sold when the shipment has been rejected by the owner because:

   1) the property is damaged; and
   2) the owner of the property has refused to pay "you".

b. **Rejected Shipments** -- "We" also cover direct physical loss caused by a covered peril to rejected shipments while in due course of transit back to "you" or while awaiting return shipment to "you".

c. **Bills of Lading** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

d. **Perishable Stock** -- "We" do not cover loss to "perishable stock" resulting from a breakdown of refrigeration equipment on any vehicle, conveyance, container, or trailer.

The most "we" pay in any one occurrence for loss to property in transit is $50,000.

9. **Sales Representative Samples** -- "We" cover direct physical loss caused by a covered peril to samples of "your" stock in trade (and containers) and similar property of others.

"We" cover samples of "your" stock in trade while the property is:

a. in the custody of "your" sales representatives and agents;

b. in "your" custody while acting as a sales representative; or

c. in transit between a "covered location" and "your" sales representatives.

The most "we" pay in any one occurrence for loss to samples of "your" stock in trade is $50,000.

10. **Software Storage** -- "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location. Each "software" storage location must be in a separate building which is at least 100 feet away from a "covered location".

The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $50,000.

11. **Valuable Papers** -- "We" pay up to $100,000 for the cost of research or other expenses necessary to reproduce, replace, or restore lost information that results from a direct physical loss caused by a covered peril to "your" "valuable papers".

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

Copyright, American Association of Insurance Services, Inc., 2002

a. **Ordinance or Law** -- Except as provided under Supplemental Coverages - Ordinance or Law, "we" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

"We" do not pay for loss regardless if the loss is caused by or results from the:

1) enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or
2) increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following a direct physical loss to the property.

b. **Earth Movement** -- "We" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

c. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

d. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **War and Military Action** -- "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

Copyright, American Association of Insurance Services, Inc., 2002

f.  **Flood** -- "We" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

g.  **Utility Failure** -- Except as provided under Coverage Extensions - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a "covered location", however caused, if the failure takes place away from the "covered location".

But if failure of a utility to supply electrical or other utility service to a "covered location" results in a covered peril, "we" cover the loss or damage caused by that covered peril.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

h.  **Sewer Backup and Water Below the Surface** -- Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

1)  water that backs up through a sewer or drain; or
2)  water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following excluded causes or events:

a.  **Animal Nesting, Infestation, or Discharge** -- "We" do not pay for loss caused by nesting, infestation, discharge, or release of waste products or secretions by animals, including but not limited to, birds, insects, or vermin.

But if nesting, infestation, discharge, or release of waste products or secretions by animals results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

b.  **Collapse** -- "We" do not pay for loss caused by collapse, except as provided under the Other Coverages, Collapse. But if collapse results in a covered peril, "we" cover the loss or damage caused by that covered peril.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

c.  **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Marine Coverages - Virus and Hacking Coverage, "we" do not pay for:

1)  any direct or indirect loss or damage; or
2)  loss of access, loss of use, or loss of functionality

caused by a "computer virus" or by "computer hacking".

Copyright, American Association of Insurance Services, Inc., 2002

d. **Contamination or Deterioration -- "We"** do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

This exclusion does not apply to loss caused by corrosion, decay, fungus, mildew, mold, rot, or rust to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

e. **Criminal, Fraudulent, Dishonest, or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for "theft" by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Defects, Errors, and Omissions -- "We"** do not pay for loss which results from one or more of the following:

1) an act, error, or omission (negligent or not) relating to:

   a) land use;
   b) the design, specification, construction, workmanship, installation, or maintenance of property;
   c) planning, zoning, development, siting, surveying, grading, or compaction; or
   d) maintenance of property (such as land, structures, or improvements);

   whether on or off a "covered location";

2) a defect, weakness, inadequacy, fault, or unsoundness in materials used in construction or repair, whether on or off a "covered location";
3) the cost to make good an error in design; or
4) a data processing error or omission in programming or giving improper instructions.

In addition, "we" do not pay for loss to business personal property caused by deficiencies or defects in design, specifications, materials, or workmanship, or caused by latent or inherent defects.

But if a defect, error, or omission as described above results in a covered peril, "we" cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2002

g. **Electrical Currents** -- "We" do not pay for loss caused by arcing or by electrical currents other than lightning. But if arcing or electrical currents other than lightning result in fire, "we" cover the loss or damage caused by that fire.

"We" do cover the direct loss by a covered peril which occurs at "covered locations" as a result of any power interruption or other utility services.

This exclusion does not apply to "computers".

h. **Steam Boiler Explosion** -- "We" do not pay for loss caused by an explosion of steam boilers, steam pipes, steam turbines, or steam engines that "you" own or lease or that are operated under "your" control.

But if an explosion of steam boilers, steam pipes, steam turbines, or steam engines results in a fire or combustion explosion, "we" cover the loss or damage caused by that fire or combustion explosion. "We" also cover loss or damage caused by or resulting from the explosion of gas or fuel in a firebox, combustion chamber, or flue.

i. **Increased Hazard** -- "We" do not pay for loss occurring while the hazard has been materially increased by any means within "your" knowledge or "your" control.

j. **Loss of Use** -- "We" do not pay for loss caused by loss of use, delay, or loss of market.

k. **Mechanical Breakdown** -- "We" do not pay for loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force.

But if a mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force results in a "specified peril", the breakage of building glass, or an elevator collision, "we" cover the loss or damage caused by that "specified peril", breakage of building glass, or elevator collision.

This exclusion does not apply to "computers".

l. **Neglect** -- "We" do not pay for loss caused by "your" neglect to use all reasonable means to save covered property at and after the time of loss.

"We" do not pay for loss caused by "your" neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

m. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril" or
2) except as specifically provided under the Supplemental Coverages, Pollutant Cleanup and Removal.

"We" do pay for any resulting loss caused by a "specified peril".

n. **Seepage** -- "We" do not pay for loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 22 of 31

o. **Settling, Cracking, Shrinking, Bulging, or Expanding** -- "We" do not pay for loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs. But if settling, cracking, shrinking, bulging, or expanding results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

This exclusion does not apply to "computers" and "mobile equipment".

p. **Smoke, Vapor, or Gas** -- "We" do not pay for loss caused by smoke, vapor, or gas from agricultural smudging or industrial operations.

This exclusion does not apply to "computers" and "mobile equipment".

q. **Smog** -- "We" do not pay for loss caused by smog . But if smog results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

This exclusion does not apply to "computers" and "mobile equipment".

r. **Temperature/Humidity** -- "We" do not pay for loss to:

1) personal property, except as provided under Coverage Extensions - Off Premises Utility Service Interruption; or
2) "perishable stock";

caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature, as described above, results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

"We" do pay for loss to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

s. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

t. **Weather** -- "We" do not pay for loss caused by weather conditions if the weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

But if weather conditions result in a covered peril, "we" cover the loss or damage caused by that covered peril.

u. **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

## ADDITIONAL PROPERTY NOT COVERED OR SUBJECT TO LIMITATIONS

1. **Accounts Receivable** -- "We" do not cover loss to accounts receivables that is a result of:

a. an error or omission in bookkeeping, accounting, or billing; or

Copyright, American Association of Insurance Services, Inc., 2002

b. "your" discovery of a discrepancy in "your" books or records if an audit or inventory computation is necessary to prove the factual existence of the discrepancy.

2. **Animals** -- "We" do not cover loss to animals, including but not limited to birds and fish, except death or destruction of animals held for sale caused by "specified perils" or breakage of building glass.

3. **Boilers** -- "We" do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. "We" do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

   "We" do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, or rupturing.

4. **Contamination of Perishable Stock Due to Release of Refrigerant** -- "We" do not pay for loss of "perishable stock" due to contamination from the release of a refrigerant, including but not limited to ammonia.

5. **Furs** -- "We" do not cover furs or fur garments for loss by "theft" for more than $10,000 total in any one occurrence.

6. **Glassware/Fragile Articles** -- "We" do not cover breakage of fragile articles such as glassware and porcelains, except as a result of "specified perils" or breakage of building glass.

   This exclusion does not apply to:

   a. glass that is a part of a building or structure;

   b. bottles or other containers held for sale;

   c. lenses of photographic and scientific instruments; or

d. "fine arts" as described under Supplemental Marine Coverages.

7. **Jewelry, Watches, and Precious Stones** -- "We" do not cover more than $10,000 total in any one occurrence for loss by "theft" of jewelry, watches, and precious stones, including but not limited to watch movements, jewels, pearl, and semi-precious stones. This limitation does not apply to items of jewelry, watches, or precious stones worth $100 or less.

8. **Missing Property** -- "We" do not cover missing property when the only proof of loss is unexplained or mysterious disappearance, or shortage discovered on taking inventory, or other instance where there is no physical evidence to show what happened to the property.

   This exclusion does not apply to property in the custody of carriers for hire.

9. **Personal Property in the Open** -- "We" do not cover loss to personal property in the open caused by rain, snow, ice, or sleet.

   This exclusion does not apply to "mobile equipment" or to property in the custody of carriers for hire.

10. **Stamps, Tickets, and/or Letters of Credit** -- "We" do not cover more than $5,000 total in any one occurrence for loss by "theft" to stamps, tickets (such as lottery tickets held for sale), or letters of credit.

11. **Unauthorized or Fraudulent Transfer** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not cover loss of, or loss caused by the transfer or delivery of covered property from a "covered location" or "your" "computer" to a person or place outside of a "covered location" on the basis of unauthorized or fraudulent instructions, including but not limited to instructions transmitted:

    a. by a computer, whether or not owned by "you", or

Copyright, American Association of Insurance Services, Inc., 2002

b. via any telecommunications transmission method.

12. **Valuable Papers** -- "We" do not cover loss to "valuable papers" caused by errors or omissions in processing or copying.

## OTHER COVERAGES

1. **Collapse** -- "We" pay for loss caused by direct physical loss involving collapse as described in a., b., and c. below.

   a. Collapse of a building or structure, any part of a building or structure, or personal property inside a building or structure, if the collapse is caused by one or more of the following:

      1) "specified perils" or breakage of building glass all only as insured against in this Coverage Part;
      2) hidden decay, unless "you" know of the presence of the decay prior to the collapse;
      3) hidden insect or vermin damage, unless "you" know of the damage prior to the collapse;
      4) weight of people or personal property;
      5) weight of rain that collects on a roof; or
      6) use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

      However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a peril listed in 1) through 5) above, "we" will pay for the loss or damage even if the use of defective material or methods in construction, remodeling, or renovation, contributes to the collapse.

   b. The following property is covered for loss involving collapse only if the collapse is of a building or structure or any part of a building or structure and is caused by one or more of the causes listed above in 1.a. or collapse caused by "specified perils" or breakage of building glass all only as insured against in this Coverage Part:

      1) outdoor radio or television antennas (and satellite dishes) and their lead-in wiring, masts, or towers;
      2) awnings, gutters, and down spouts;
      3) yard fixtures;
      4) outdoor swimming pools;
      5) fences;
      6) bulkheads, piers, wharves, and docks;
      7) beach or diving platforms or appurtenances;
      8) retaining walls that are not part of buildings; and
      9) bridges, walkways, roadways, and other paved surfaces.

   c. Collapse means a sudden and unexpected falling in or caving in of a building or structure or any portion of a building or structure with the result that the building or portion of the building cannot be occupied for its intended purpose.

   d. The following are not considered to be in a state of collapse:

      1) a building or structure that is standing or any portion of a building that is standing even if it displays evidence of bending, bulging, cracking, expansion, leaning, sagging, settling, or shrinkage;
      2) a building or structure or any portion of a building structure in danger of falling in or caving; and
      3) a portion of a building or structure that is standing even if it has separated from another portion of the building or structure.

Copyright, American Association of Insurance Services, Inc., 2002

2. **Tearing Out and Replacing** -- When "we" cover buildings or structures and a loss caused by water, other liquids, powder, or molten material is covered, "we" also pay the cost of tearing out and replacing any part of the covered building or structure to repair damage to the system or appliance from which the water or other substance escapes.

   "We" also pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage results in discharge of any substance from an automatic fire protection system; or is directly caused by freezing.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice);

   b. give notice to the police when the act that causes the loss is a crime; and

   c. give notice to the credit card company if the loss involves a credit card.

2. **Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" will pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However "we" will not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or occupancy of the covered property during the policy period;

   e. detailed estimates for repair or replacement of covered property; and

   f. an inventory of damaged and undamaged covered property showing in detail the quantity, description, cost, actual cash value, and amount of the loss. "You" must attach to the inventory copies of all bills, receipts, and related documents that substantiate the inventory.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

Copyright, American Association of Insurance Services, Inc., 2002

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by the Commercial Output Program coverages.

## VALUATION

1. **Replacement Cost** -- The value of covered property will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

   This replacement cost provision does not apply to paragraphs 3. through 13. below.

2. **Actual Cash Value** -- When Actual Cash Value is indicated on the "schedule of coverages" for covered property, the value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) except as provided in paragraphs 3. through 13. below.

3. **Fine Arts** -- The value of "fine arts" will be based on the fair market value at the time of loss.

4. **Glass** -- The value of glass will be based on the cost of safety glazing material where required by code, ordinance, or law.

5. **Hardware** -- The following is the value of "hardware":

   a. **Hardware That Is Replaced** -- The value of "hardware" that is replaced will be based on the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced.

   b. **Hardware That Is Not Replaced** -- The value of "hardware" that is not repaired or replaced will be based on the actual cash value at the time of loss (with a deduction for depreciation).

   c. **Partial Loss** -- In no event will "we" pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

6. **Software** -- The following is the value of "software":

   a. **Programs and Applications** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

      If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

Copyright, American Association of Insurance Services, Inc., 2002

b. **Proprietary Programs** -- The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

c. **Data Records** -- The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

d. **Media** -- The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

7. **Merchandise Sold** -- The value of merchandise that "you" have sold but not delivered will be based on the selling price less all discounts and unincurred expenses.

8. **Manufactured Stock** -- The value of stock manufactured by "you" will be based on the price that such stock would have been sold for, less all discounts and unincurred expenses.

9. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

10. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

11. **Tenant's Improvements** -- The value of lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease will be based on the replacement cost if repaired or replaced at "your" expense within 24 months.

The value of lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease will be based on a portion of "your" original cost if not repaired or replaced within 24 months. This portion is determined as follows:

a. divide the number of days from the date of the loss to the expiration date of the lease by the number of days from the date of installation to the expiration date of the lease; and

b. multiply the figure determined in 11.a. above by the original cost.

If "your" lease contains a renewal option, the expiration of the lease in this procedure will be replaced by the expiration of the renewal option period.

Lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease are not covered if repaired or replaced at another's expense.

12. **Valuable Papers** -- The value of "valuable papers" will be based on their actual cash value at the time of loss.

13. **Accounts Receivable** -- The value of accounts receivable will be based on the total sum of accounts receivable due. From this total "we" will deduct:

a. all amounts due from the records of accounts receivable that are not lost;

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 28 of 31

b. all amounts due that can be established by other means;

c. all amounts due that "you" have collected from the records that are lost;

d. all unearned interest and service charges; and

e. an amount to allow for bad debts.

If a loss occurs and "you" cannot establish the actual accounts receivable due, it will be determined as follows:

a. "We" will determine the total of the average monthly accounts receivable amounts for the 12 month period that directly precedes the month in which the loss occurred.

b. "We" will adjust the total for any normal variance in the accounts receivable amount for the month in which the loss occurred.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount stated on the "schedule of coverages" in any one occurrence. The deductible applies to the loss before application of any coinsurance or reporting provisions.

3. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay and coinsurance provisions (if applicable), "we" pay the lesser of:

a. the amount determined under Valuation;

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the "limit" that applies to covered property.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** -- "You" may have another policy subject to the same plan, "terms", conditions, and provisions as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, "we" will pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" will not pay more than the applicable "limit".

7. **Automatic Increase** -- The "limit" on the "schedule of coverages" or the Scheduled Locations Endorsement is automatically increased annually by the annual percentage shown on the "schedule of coverages" or Scheduled Locations Endorsement for Automatic Increase.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 29 of 31

## LOSS PAYMENT

1. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

   a. pay the value of the lost or damaged property;

   b. pay the cost of repairing or replacing the lost or damaged property;

   c. rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

   d. take all or any part of the property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** -- "We" will adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** -- Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

In addition to the "terms" which are contained in other sections of the Commercial Output Program coverages, the following conditions apply.

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

Copyright, American Association of Insurance Services, Inc., 2002

2. **Benefit to Others** -- Insurance under the Commercial Output Program coverages will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Control of Property** -- The Commercial Output Policy coverages are not affected by any act or neglect beyond "your" control.

5. **Death** -- If "you" die, "your" rights and duties will pass to "your" legal representative but only while acting within the scope of duties as "your" legal representative. Until "your" legal representative is appointed, anyone having proper temporary custody of "your" property will have "your" rights and duties but only with respect to that property.

6. **Liberalization** -- If a revision of a form or endorsement which broadens Commercial Output Program coverages without additional premium is adopted during the policy period, or within six months before this coverage is effective, the broadened coverage will apply.

7. **Misrepresentation, Concealment, or Fraud** -- These Commercial Output Program coverages are void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein; or

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

8. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

9. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property, but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

10. **Restoration of Limits** -- Except as indicated under Supplemental Coverages - Pollutant Cleanup and Removal and Supplemental Marine Coverages - Virus and Hacking Coverage, any loss "we" pay under the Commercial Output Program coverages does not reduce the "limits" applying to a later loss.

11. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" will not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

12. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of the Commercial Output Program coverages have been complied with; and

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1000 10 02
Page 31 of 31

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by the law.

13. **Territorial Limits --** "We" cover property while in the United States of America, its territories and possessions, Canada, and Puerto Rico.

However, "we" do cover foreign shipments as described under Overseas Transit.

14. **Mortgage Provisions --** If a mortgagee (mortgage holder) is named in this policy, loss to building property will be paid to the mortgagee and "you" as their interest appears. If more than one mortgagee is named, they will be paid in order of precedence.

The insurance for the mortgagee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the mortgagee does not continue in effect if the mortgagee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" will notify the mortgagee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the mortgagee if "you" fail to pay the premium.

If "we" pay the mortgagee for a loss where "your" insurance may be void, the mortgagee's right to collect that portion of the mortgage debt from "you" then belongs to "us". This does not affect the mortgagee's right to collect the remainder of the mortgage debt from "you".

As an alternative, "we" may pay the mortgagee the remaining principal and accrued interest in return for a full assignment of the mortgagee's interest and any instruments given as security for the mortgage debt.

If "we" choose not to renew this policy, "we" will give written notice to the mortgagee at least ten days before the expiration date of this policy.

15. **Vacancy - Unoccupancy --** "We" do not pay for loss caused by attempted "theft"; breakage of building glass; sprinkler leakage (unless "you" have protected the system against freezing); "theft"; vandalism; or water damage occurring while the building or structure has been:

a. vacant for more than 60 consecutive days; or

b. unoccupied for more than:

1) 60 consecutive days; or
2) the usual or incidental unoccupancy period for a "covered location";

whichever is longer.

The amount "we" will pay will be reduced by 15% for any loss by a covered peril, not otherwise excluded above, if the building or structure is vacant or unoccupied, as described above.

Unoccupied means that the customary activities or operations at a "covered location" are suspended, but business personal property has not been removed. The building or structure will be considered vacant and not unoccupied when the occupants have moved, leaving the building or structure empty or containing only limited business personal property. Buildings or structures under construction are not considered vacant or unoccupied.

CO 1000 10 02

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
CO 1050 03 05
Page 1 of 7

# SCHEDULE OF COVERAGES
# COMMERCIAL OUTPUT PROGRAM

(The entries required to complete this endorsement will
be shown below or on the "schedule of coverages".)

**Limit of Insurance**

Catastrophe Limit -- The most "we" pay for
any combination of or total of losses arising under
one or more coverages in any one occurrence is:

$146,792 as per schedule on
file with the Company

## PROPERTY COVERAGE PART

### LIMITS

-- Building Property Limit -- The most "we" pay for
loss at any one "covered location" is:

-- Business Personal Property Limit -- The most
"we" pay for loss at any one "covered location" is:

$46,292

or

-- Combined Blanket Limit -- The most "we" pay for
loss at any one "covered location" is:

☒ Refer To Scheduled Locations

### COVERAGE EXTENSIONS

-- Consequential Loss

-- Debris Removal, Additional Expense

-- Emergency Removal                                   days

-- Emergency Removal Expense

-- Fraud and Deceit

-- Damage From Theft

-- Off Premises Utility

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1050 03 05**
**Page 2 of 7**

Service Interruption

- Limit

☒ Overhead Transmission Lines Excluded

## SUPPLEMENTAL COVERAGES

-- Brands or Labels Expense

-- Expediting Expenses

-- Fire Department Service Charges

-- Inventory and Appraisal Expense

-- Ordinance or Law (Undamaged Parts of a Building)

-- Ordinance or Law (Increased Cost to Repair/ Cost to Demolish and Clear Site)

-- Personal Effects

-- Pollutant Cleanup And Removal

-- Recharge of Fire Extinguishing Equipment

-- Rewards

-- Sewer Backup and Water Below the Surface

-- Trees, Shrubs, and Plants

-- Underground Pipes, Pilings, Bridges, and Roadways

## SUPPLEMENTAL MARINE COVERAGES

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1050 03 05**
**Page 3 of 7**

-- Accounts Receivable

-- Electrical or Magnetic Disturbance of
Computers

-- Power Supply Disturbance of
Computers

-- Virus and Hacking Coverage

- Limit any one occurrence

- Limit any 12 month period

-- Fine Arts $100,500

-- Off Premises Computers

**SUPPLEMENTAL MARINE COVERAGES** (cont.)

-- Property On Exhibition

-- Property In Transit

-- Sales Representative Samples

-- Software Storage

-- Valuable Papers

**ADDITIONAL PROPERTY SUBJECT TO LIMITATIONS**

-- Furs (theft) $10,000

-- Jewelry (theft) $10,000

-- Stamps, Tickets, Letters of Credit $5,000

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1050 03 05**
**Page 4 of 7**

**COVERAGE OPTIONS** (check if applicable)

☐ Actual Cash Value Applies

☐ Automatic Increase

-     Automatic Increase        %

☒ Scheduled Locations

-     Newly Built or Acquired Buildings

-     Personal Property - Acquired Locations

- Locations "You" Elect Not To Describe

- Coinsurance        80%

## DEDUCTIBLE

Check One

☒ Deductible Amount        $5,000; except $10,000 as respects Windstorm and Hail

☐ Refer to Deductible Endorsements

## INCOME COVERAGE PART

**COVERAGE** (check one)

☒ Income Coverage Does Not Apply

☐ Earnings, Rents, and Extra Expense

☐ Earnings and Extra Expense

☐ Rents and Extra Expense

☐ Extra Expense Only

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1050 03 05**
**Page 5 of 7**

---

**LIMIT** (check one)

☐ Income Coverage Limit -- The most
"we" pay for loss at any one "covered location" is:

☐ Refer To Scheduled Locations (check if applicable)

**COVERAGE EXTENSIONS**

-- Interruption By Civil Authority       days

-- Period of Loss Extension       days

**SUPPLEMENTAL COVERAGES**

-- Computer Virus and Hacking

  - Limit any one occurrence

  - Limit any 12 month period

  - Waiting Period

-- Dependent Locations

-- Off Premises Utility
Service Interruption

  - Limit

  - Waiting Period

☒ Overhead Transmission Lines Excluded

---

## INCOME COVERAGE PART (cont)

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1050 03 05**
**Page 6 of 7**

**SUPPLEMENTAL COVERAGES** (cont.)

-- Contract Penalty

- Limit any one occurrence

- Limit any 12 month period

-- Pollutants Cleanup and Removal

-- Property In Transit, On Exhibition, or Custody
of Sales Representatives

**COVERAGE OPTIONS** (check if applicable)

☐ Scheduled Locations

- Newly Built or Acquired Locations

- Coinsurance                                        %

☐ Waiting Period

☐ Monthly Limitation

## FLOOD COVERAGE

☒ Not Covered

☐ Scheduled Flood Coverage

- "Catastrophe Limit"

- Flood Deductible ($,%)          Not Applicable

☐ Blanket Flood Coverage

Copyright, American Association of Insurance Services, Inc., 2005

- "Occurrence Limit"

- "Aggregate Limit"

- "Catastrophe Limit"

- Flood Deductible ($,%)

## EARTHQUAKE COVERAGE

☒ Not Covered

☐ Scheduled Earthquake Coverage

- "Catastrophe Limit"

- Earthquake Deductible ($,%)          Not Applicable

☐ Blanket Earthquake Coverage

- "Occurrence Limit"

- "Aggregate Limit"

- "Catastrophe Limit"

- Earthquake Deductible ($,%)

## OPTIONAL COVERAGES AND ENDORSEMENTS

Copyright, American Association of Insurance Services, Inc., 2005

**AAIS**
**CO 1052 04 02**
**Page 1 of 1**

# LOCATION SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Coverage provided by the Commercial Output Program coverage parts applies
only to the "covered locations" described below. Refer to "schedule of coverages"
for applicable "limits", additional coverages, and applicable coinsurance
percentage.

## SCHEDULE

**Loc.**
**No.**          **Covered Location** (describe)

See attached schedule

**Covered Property/**
**Coverage Provided** (describe)                    **Limit**

Business Personal Property                    $46,292
Fine Arts                                     $100,500

**CO 1052 04 02**

Copyright, American Association of Insurance Services, 2002

**LOCKTON**

UNCOMMONLY INDEPENDENT

Empire Midstream, LLC

Statement of Values

| Street Address | City | State | ZIP | Description of Operations | Year Built | Type of Construction | Business Personal Property | | Fine Art | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41540 National Road | Belmont | OH | 43718 | Office/Warehouse | 2018 | Steel building construction with wood frame extension | $ | 10,187 | $ | - |
| 601 Poydras Street, Suite 1725 | New Orleans | LA | 70130 | Office | 1980/2020 | ICM | $ | 36,105 | $ | 100,500 |
| **Totals** | | | | | | | $ | **46,292** | $ | **100,500** |

**AAIS**
**CO 1072 04 02**
**Page 1 of 1**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

☒ Loss Payable
☐ Lender's Loss Payable
☐ Contract of Sale

## SCHEDULE

| Location | Covered Property | Name and Address of Loss Payee |
| --- | --- | --- |

We will pay any and all loss payees according to written contracts as their interests may appear

**CO 1072 04 02**

Copyright, American Association of Insurance Services, 2002

**AAIS**
**CO 1080 11 03**
**Page 1 of 1**

# LIMITED FUNGUS AND RELATED PERILS SCHEDULE
## BLANKET LIMIT

(The information required below may be indicated
on the "schedule of coverages".)

## PROPERTY COVERAGE EXTENSION

**Limited Fungus And Related Perils
Property Coverage**

|  | Limit |
|---|---|
| The most "we" pay for all losses at all covered locations is: | $15,000 |

## INCOME COVERAGE EXTENSION

**Limited Fungus And Related Perils
Income Coverage**

| Time Limitation: | 30 days |
|---|---|

**CO 1080 11 03**

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CO 1084 10 07**
**Page 1 of 1**

# WINDSTORM OR HAIL SCHEDULE

(The entries required to complete this schedule will be
shown below or on the "schedule of coverages".)

| Loc.<br>No. | Covered Location |
|---|---|
| | See Form CO 1052 |

**Windstorm Or Hail Deductible** (check one)

☒     Flat Deductible       $10,000

☐     Percentage Deductible (check one)

       ☐ 1%    ☐ 2%    ☐ 5%

**CO 1084 10 07**

Copyright, American Association of Insurance Services, Inc., 2007

AAIS
CO 1220 10 07
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# WINDSTORM OR HAIL DEDUCTIBLE

The "terms" of this endorsement apply to property for which entries have been made on the Windstorm Or Hail Schedule or on the "schedule of coverages" to show a Windstorm Or Hail Deductible.

All other "terms" of this policy apply.

## HOW MUCH WE PAY

**Deductible** -- The deductible provision under How Much We Pay is replaced by the provisions for Flat Deductible or Percentage Deductible when loss to covered property identified on the Windstorm Or Hail Schedule is caused by or results from windstorm or hail.

1. **Applicable Deductible** -- The Windstorm Or Hail Deductible indicated on the Windstorm Or Hail Schedule is applicable to loss or damage to covered property caused directly or indirectly by the perils of windstorm or hail.

2. **Weather Condition Other Than Windstorm Or Hail** -- Loss or damage resulting from a covered weather condition, other than windstorm or hail, will be considered to be caused by windstorm or hail and will be considered part of the windstorm or hail occurrence if the loss or damage would not have occurred without the weather conditions of windstorm or hail.

3. **Flat Deductible** -- When a flat dollar deductible is indicated on the Windstorm Or Hail Schedule, "we" pay only that part of "your" loss over the deductible amount in any one occurrence.

4. **Percentage Deductible** --

   a. **Percentage** -- When a 1%, 2%, or 5% deductible is indicated on the Windstorm Or Hail Schedule, "we" pay only that part of "your" loss over the deductible amount in any one occurrence. The deductible amount is determined by applying the percentage indicated on the schedule to the value of the covered property that is involved in the loss.

   b. **Value Determined At Time Of Loss** -- Only as regards the determination of the Percentage Deductible, the value of covered property is determined at the time of loss or damage and in accordance with the provisions described under the Valuation section of the policy.

   c. **Deductible Applies Separately** -- The windstorm or hail percentage deductible applies separately to:

      1) each building or structure, including business personal property within each building or structure;
      2) business personal property in each building or structure that is not covered by this policy; and
      3) business personal property in the open or in a vehicle.

**CO 1220 10 07**

Copyright, American Association of Insurance Services, Inc., 2007

| AAIS | This endorsement changes |
|---|---|
| CO 1227 05 02 | the policy |
| Page 1 of 3 | -- PLEASE READ THIS CAREFULLY -- |

# SCHEDULED LOCATIONS ENDORSEMENT

## PROPERTY COVERED

The following provision is added to Property Covered.

**Scheduled Locations** -- Coverage provided by the Commercial Output Program coverages applies only to the "covered locations" described on the Location Schedule.

## ADDITIONAL COVERAGES

The following Additional Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for an Additional Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for an Additional Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under an Additional Coverage:

    a.  is the only "limit" available for the described coverage; and

    b.  is not the sum of the "limit" indicated for an Additional Coverage and the "limit" for coverage described under Property Covered.

Unless otherwise stated, each additional coverage:

    a.  applies to loss caused by a covered peril;

    b.  is not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage; and

    c.  does not extend coverage to personal property at fairs or exhibitions.

1.  **Newly Built or Acquired Buildings** -- "We" cover direct physical loss to "your" buildings or structures:

    a.  being built at "covered locations" or while being built at other than "covered locations"; or

    b.  that "you" acquire during the policy period.

This additional coverage applies for 120 days from the date "you" acquire or begin to construct the building or structure or until "you" report the property to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

"You" must pay any additional premium due from the date construction is started or from the date "you" acquire the property.

The most "we" pay in any one occurrence for each newly built or acquired building or structure is $500,000.

2.  **Business Personal Property - Acquired Locations** -- "We" cover direct physical loss to "your" business personal property at locations that "you" acquire during the policy period.

This coverage applies for 120 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

"You" must pay any additional premium due from the date "you" acquire the location.

**AAIS**
**CO 1227 05 02**
**Page 2 of 3**

The most "we" pay in any one occurrence for business personal property at each location "you" acquire is $250,000.

3. **Locations "You" Elect Not To Describe --** "We" cover direct physical loss to "your" building property and business personal property at locations that are not described on the Location Schedule.

   The "limit" provided under this additional coverage cannot be combined or added to the "limits" for Newly Acquired Buildings and Personal Property - Acquired Locations.

   The most "we" pay in any one occurrence for each unscheduled location is $50,000.

4. **Newly Built or Acquired Locations - Income Coverage --** If the Commercial Output Program - Income Coverage Part is attached to this policy, "we" extend "your" coverage for earnings and extra expense to include direct physical loss to "your" covered property while at any location being built or at locations that "you" acquire during the policy period.

   If a loss occurs at a location being built and the loss delays the start of "your" "business", the "restoration period" starts from the time "your" "business" would have begun had no loss occurred.

   This coverage applies for 120 days from the date the location is acquired or construction begins or until "you" report the location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

   "You" must pay any additional premium due from the date construction is started or "you" acquire the location.

   The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired or built location is $250,000.

## HOW MUCH WE PAY

The following provisions are added to How Much We Pay if a coinsurance percentage is indicated on the "schedule of coverages".

1. **Coinsurance, Property Coverage Part --** "We" pay only a part of the loss if the "limit" is less than the value of the covered property at the time of the loss multiplied by the coinsurance percentage. "Our" part of the loss is determined using the following steps:

   a. multiply the value of the covered property at the time of the loss by the coinsurance percentage;

   b. divide the "limit" for covered property by the result determined in a. above;

   c. multiply the total amount of loss, after the application of any deductible, by the result determined in b. above.

   "We" pay the amount determined in c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   If there is more than one "limit" indicated on the "schedule of coverage", this procedure applies separately to each covered property for which a "limit" is shown.

   If there is only one "limit" indicated on the "schedule of coverage", this procedure applies to the total of all covered property to which the "limit" applies.

2. **Coinsurance, Income Coverage Part --** If the Commercial Output Program - Income Coverage Part is attached to this policy, "we" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of "your" net income (net profit or loss before income taxes) and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

**AAIS**
**CO 1227 05 02**
**Page 3 of 3**

"Our" part of the loss is determined using the following steps:

a. multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

b. divide the "limit" by the figure determined in a. above;

c. multiply the total amount of loss by the figure determined in b. above.

"We" pay the amount determined in c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

If there is more than one "limit" indicated on the "schedule of coverage" for the Income Coverage Part, this procedure applies separately to each "limit".

Coinsurance does not apply to coverage for extra expense.

**CO 1227 05 02**
Copyright, American Association of Insurance Services, 2002

AAIS
CO 1232 04 02
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in other sections of the Commercial Output Program coverages.

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

CO 1232 04 02
Copyright, American Association of Insurance Services, 2002

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# LIMITED FUNGUS AND RELATED PERILS COVERAGE

This policy is amended to include the following "terms". All other "terms" of the policy apply, except as amended by this endorsement.

## DEFINITIONS

The following definition is added:

"Fungus or related perils" means:

a. a fungus, including but not limited to mildew and mold;

b. a protist, including but not limited to algae and slime mold;

c. wet rot;

d. dry rot;

e. a bacterium; or

f. a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

## PERILS EXCLUDED

1. The following exclusion is added under Perils Excluded, item 1:

**Fungus or Related Perils --**

a. Except as provided under the Limited Fungus and Related Perils Property and Income Coverage in this endorsement, "we" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus or related perils".

But if "fungus or related perils" results in a "specified peril", we cover loss or damage caused by that "specified peril".

b. This exclusion does not apply to:

1) loss that results from fire or lightning; or

2) collapse caused by hidden decay, to the extent that such loss is covered under Other Coverages, Collapse.

2. Under Perils Excluded, the exclusion for Contamination Or Deterioration and Seepage are deleted and replaced by the following:

a. **Contamination Or Deterioration --** "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

This exclusion does not apply to loss caused by corrosion, decay, or rust to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

b. **Seepage --** "We" do not pay for loss caused by continuous or repeated seepage or leakage of water or steam or the presence of moisture, humidity, or vapor that occurs over a period of 14 days or more.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CO 1293 11 03**
**Page 2 of 4**

---

## COVERAGE EXTENSIONS

---

The following coverage is added to Coverage Extensions:

**Limited Fungus And Related Perils Property Coverage --**

1. **Coverage --** "We" pay for direct physical loss to covered property caused by or relating to the existence of or any activity of "fungus or related perils".

2. **Coverage Limitation --** "We" only cover loss caused by "fungus or related perils":

   a. when the "fungus or related peril" is the result of:

      1) a "specified peril" other than fire or lightning; or
      2) "flood" (if the Flood Endorsement applies to the affected location);

      that occurs during the policy period; and

   b. if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

3. **Blanket Limit --** If Blanket Limit is indicated on the Limited Fungus and Related Perils Schedule, the most "we" pay for all losses at all "covered locations" is $15,000, unless another "limit" is indicated on the schedule. The Blanket Limit applies regardless of the number of claims made.

   The Blanket Limit applies regardless of the number of locations or buildings insured under this policy.

   The Blanket Limit is the most that "we" pay for the total of all loss or damage arising out of all occurrences of "specified perils", other than fire or lightning, or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

4. **Location Limit --** If Location Limit is indicated on the Limited Fungus and Related Perils Schedule, the most "we" pay for all losses at each location described on the Limited Fungus and Related Perils Schedule is $15,000, unless another "limit" is indicated on the schedule. The Location Limit applies regardless of the number of claims made at a described location.

   The Location Limit is the most that "we" pay at each location for the total of all loss or damage arising out of all occurrences of "specified perils" other than fire or lightning or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

5. **If The Policy Period Is Extended --** If the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding period for the purpose of determining the Blanket Limit or Location Limit.

6. **Recurrence And Continuation of Fungus Or Related Perils --** The Blanket Limit or Location Limit is the most that "we" pay with respect to a specific occurrence of a loss which results in "fungus or related perils" even if such "fungus or related perils" recur or continue to exist during this or any future policy period.

7. **Limit Applies To Other Costs Or Expenses --** The Blanket Limit or Location Limit also applies to any cost or expense to:

   a. clean up, contain, treat, detoxify, or neutralize "fungus or related perils" on covered property or remove "fungus or related perils" from covered property;

   b. remove and replace those parts of covered property necessary to gain access to "fungus or related perils"; and

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
CO 1293 11 03
Page 3 of 4

c. test for the existence or level of "fungus or related perils" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus or related perils" are present.

8. **Loss Caused In Total Or In Part By Fungus Or Related Perils** -- The "terms" of this coverage extension do not apply to covered loss or damage to covered property that is not caused, in total or in part, by "fungus or related perils" except to the extent that "fungus or related perils" causes an increase in the loss. When "fungus or related perils" cause an increase in such a loss, that increase is subject to the "terms" of this coverage.

## SUPPLEMENTAL COVERAGES

The following provision is added under the Supplemental Coverages, Ordinance or Law (Undamaged Parts of a Building) and Ordinance or Law (Increased Cost to Repair and Cost to Demolish and Clear Site):

**We Do Not Pay** -- "We" do not pay for:

1. loss or increased cost caused by the enforcement of any ordinance, law, or decree that requires the reconstruction, repair, replacement, remodeling, remediation, or razing of property due to the existence of or any activity of "fungus or related perils"; or

2. costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "fungus or related perils".

## INCOME COVERAGE EXTENSIONS

Coverage provided under the Income Coverage Part - Coverage Extensions, if applicable, is amended by the following provision.

**Limited Fungus And Related Perils Income Coverage** --

1. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by "fungus or related perils".

2. **Coverage Limitation** -- "We" only cover loss of earnings and/or extra expense caused by "fungus or related perils":

   a. when the "fungus or related peril" is the result of:

      1) a "specified peril" other than fire or lightning; or
      2) "flood" (if the Flood Endorsement applies to the affected location);

      that occurs during the policy period; and

   b. if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

3. **Time Limitation** --

   a. "We" will pay up to 30 days (unless otherwise indicated on the Limited Fungus and Related Perils Schedule) for loss of earnings and/or extra expense if a loss which resulted in "fungus or related perils" does not in itself interrupt "your" "business", but such interruption is necessary due to the loss or damage to property caused by "fungus or related perils". The days need not be successive.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CO 1293 11 03**
**Page 4 of 4**

b.  If a covered "business" interruption was caused by loss or damage other than "fungus or related perils" but remediation of "fungus and related perils" lengthens the "restoration period", "we" will pay up to 30 days (unless otherwise indicated on the Limited Fungus and Related Perils Schedule) for loss of earnings and/or expense sustained during the delay (regardless of when such delay for remediation occurs during the "restoration period"). The days need not be successive.

## OTHER COVERAGES

The "terms" of the Limited Fungus And Related Perils Property and Income Coverages do not increase or decrease the coverages under Other Coverages:

1.  Collapse; or

2.  Tearing Out and Replacing.

## OTHER CONDITIONS

The conditions described under Restoration Of Limits do not apply to the coverages provided under this endorsement.

**CO 1293 11 03**

Copyright, American Association of Insurance Services, Inc., 2003

**COMMERCIAL OUTPUT PROGRAM**



# MARKEL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – CYBER INCIDENT AND ELECTRONIC DATA

This endorsement modifies insurance provided under the following:

COMMERCIAL OUTPUT PROGRAM PROPERTY COVERAGE PART
COMMERCIAL OUTPUT PROGRAM INCOME COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
SPOILAGE COVERAGE PART-BLANKET COVERAGE
SPOILAGE COVERAGE PART-SCHEDULED COVERAGE

**A.** The following exclusion is added to Paragraph 1. under the **Perils Excluded** section of the **COMMERCIAL OUTPUT PROGRAM PROPERTY COVERAGE PART, EQUIPMENT BREAKDOWN COVERAGE PART, SPOILAGE COVERAGE PART-BLANKET COVERAGE,** and **SPOILAGE COVERAGE PART-SCHEDULED COVERAGE:**

**Cyber Incident --**

1) "We" do not pay for loss, damage, cost, or expense caused directly or indirectly by any of the following:

   a) A "cyber incident";

   b) Theft or the transfer of property arising out of a "cyber incident";

   c) Any action taken in controlling, preventing, suppressing, or remediating a "cyber incident"; or

   d) Any partial or total unavailability or failure, or series of related partial failures, to access, process, use, or operate any "computer system".

2) "We" do not pay for any loss, loss of use, damage, destruction, distortion, erasure, corruption, reduction in functionality, repair, replacement, restoration, or reproduction of "electronic data" arising out of a "cyber incident".

This exclusion applies regardless of:

a) Any provision or endorsement to the contrary and supersedes any conflicting language in the coverage part;

b) Actual, imminent, or suspected loss or damage;

c) "Electronic data" or "computer system" owned, leased, or operated by an insured or any other party;

d) Amounts pertaining to the value of "electronic data";

e) Acts, costs, or expenses to sue, labor and travel for, in, and about, the defense, safeguarding, and recovery of property, including "computer system" or "electronic data"; or

f) Legal costs, expenses, or fees.

As used in this exclusion:

"Computer system" means any information technology or operational technology, including computers, any software and code residing on such computers, network equipment, hardware, firmware, mainframes, servers, electronic products or components, peripheral devices, data storage devices, and any associated devices or equipment (including computers, hardware, software, and input and output devices which are part of an industrial control system, including a

**MACO 1300 02 22**      Includes copyrighted material of American Association of Insurance Services, Inc., with its permission.      **Page 1 of 2**

supervisory control and data acquisition (SCADA) system) owned or operated by the insured or any other party.

"Cyber incident" means:

a. The unauthorized access or use of a "computer system" or "electronic data" by any means including, but not limited to, malicious code, virus, malware, or ransomware, regardless of time and place;

b. A threat or hoax, or a series of connected threats involving access to, processing of, use of, or operation of any "computer system"; or

c. Any error or omission or series of related errors or omissions involving access to, processing of, use of, or operation of any "computer system".

"Electronic data" means facts, concepts, and information converted to a form usable for communications, interpretation, or processing by electronic and electromechanical data processing, or electronically controlled equipment, and includes programs, software, and other coded instructions for the processing and manipulation of data, or the direction and manipulation of such equipment.

**B.** Paragraph 2.c. Computer Virus or Computer Hacking under the **Perils Excluded** section of the **COMMERCIAL OUTPUT PROGRAM PROPERTY COVERAGE PART** is deleted in its entirety.

**C.** Paragraph 4. Virus and Hacking Coverage under the **Supplemental Marine Coverages** section of the **COMMERCIAL OUTPUT PROGRAM PROPERTY COVERAGE PART** and Paragraph 1. Computer Virus and Hacking under the **Supplemental Income Coverages** section of the **COMMERCIAL OUTPUT PROGRAM INCOME COVERAGE PART** are deleted in their entirety.

All other terms and conditions remain unchanged.

**COMMERCIAL INLAND MARINE**



# MARKEL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER-RELATED AND ELECTRONIC DATA OR SOFTWARE WITH LIMITED ADDITIONAL COVERAGE

This endorsement modifies insurance provided under all American Association of Insurance Services (AAIS) Commercial Inland Marine coverage forms, except the following:

ACCOUNTS RECEIVABLE COVERAGE
ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE PART SCHEDULED LIMITS
VALUABLE PAPERS AND RECORDS COVERAGE

**A.** Property Covered does not include:

"Electronic data or software", except as specifically provided under Additional Coverage, Valuable Papers, Records, And Electronic Data Or Software.

**B.** The additional exclusion set forth below applies to all AAIS Inland Marine coverages except those forms listed above, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, or extra expense, and supersedes any provision to the contrary.

The following exclusion is added under Perils Excluded, item 1.

**Cyber-Related**

"We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any code, virus, malware, ransomware, or program which impairs or denies access to covered property. But if the code, virus, malware, ransomware, or program results in fire, collision, upset, overturn, or "theft or presumed theft" of covered property, "we" will pay for any such resulting direct and actual physical loss to covered property if such loss would otherwise be covered by this Coverage Form.

**C.** The Virus And Hacking Coverage and Valuable Papers Supplemental Coverages, and the Fraud And Deceit Coverage Extension, if included in the coverage form to which this endorsement is attached, are deleted in their entirety.

**D.** The following **Additional Coverage** is added:

**Valuable Papers, Records, And Electronic Data Or Software**

"We" will pay the cost to replace or restore lost information on valuable papers, records, or "electronic data or software" for which duplicates do not exist, when owned by you or for which you are required to insure when loss is caused by a peril otherwise covered herein. Valuable papers, records, and "electronic data or software" include manuals, documents, books, plans, and surveys, but does not include accounts, money, currency, cryptocurrency, or securities, or anything that cannot be replaced or restored. The most "we" will pay, regardless of the various grants of coverage in this policy, to replace or restore lost information for valuable papers, records, or "electronic data or software" during the term of this policy is $25,000.

**E.** The following definitions are added for use in this endorsement:

"Computer system" means any information technology or operational technology.

"Electronic data or software" means information, facts, or programs created, used, stored, or transmitted in, on, to, or from any "computer system" or electronic media, regardless of ownership interests.

"Theft or presumed theft" means an act of stealing and carrying away of covered property to a place where neither you nor "we" can locate the covered property.

All other terms and conditions remain unchanged.



# MARKEL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TRADE OR ECONOMIC SANCTIONS

The following is added to this policy:

**Trade Or Economic Sanctions**

This insurance does not provide any coverage, and we (the Company) shall not make payment of any claim or provide any benefit hereunder, to the extent that the provision of such coverage, payment of such claim or provision of such benefit would expose us (the Company) to a violation of any applicable trade or economic sanctions, laws or regulations, including but not limited to, those administered and enforced by the United States Treasury Department's Office of Foreign Assets Control (OFAC).

All other terms and conditions remain unchanged.

## Court of Common Pleas, Belmont County, St. Clairsville, OH

## SUMMONS ON COMPLAINT

**Empire Midstream LLC, c/o Godbey Giardina Law Group LLC, 8751 W Broward Blvd Ste 408 Plantation, FL 33324**

**PLAINTIFF (S)**

**John A Vavra**

**26 CV 0013**

Vs.

**Markel American Insurance Company 4600 Cox Road Glen Allen VA 23060,**

**DEFENDANT(S)**

**TO THE ABOVE NAMED DEFENDANT: (S)**

You are hereby summoned that a Complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff named herein.

You are required to serve upon the Plaintiff's attorney or upon the Plaintiff if they have no attorney of record, a copy of your Answer to the Complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said Answer must be filed with this Court within 3 days after served on Plaintiff's attorney.
The name and address of the Plaintiff's Attorney is as follows:

> Joshua W Brankamp
> 8751 W Broward Blvd Suite 408
> Plantation FL 33324

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the Complaint.

**LAURA A ZUPKO, CLERK**

*Glena O Wagner*

Glena Wagner, Deputy Clerk

Dated: January 12, 2026

> **Certified Article Number**
>
> 9414 7266 9904 2248 8232 79
>
> 26 CV 0013
> 7160390198404280829
> Markel American Insurance Company
> 4600 Cox Road
> Glen Allen VA 23060

Sumcomplai 4/7/2022