**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **EMPIRE MIDSTREAM, LLC,** | Case No. 2:26-cv-00181 |
| Plaintiff, | Magistrate Judge S. Courter M. Shimeall |
| v | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **MARKEL AMERICAN INSURANCE COMPANY,** | |
| Defendant. | |

* * * * * *

**IT IS HEREBY STIPULATED** by and between the parties that the action be dismissed with prejudice and without costs to any party.

**Godbey Giardina Law Group, LLC**
*By: /s/ Joshua Brankamp*
Joshua W. Brankamp (0078451)
8751 W Broward Blvd, Ste 408
Plantation, Florida 33324
T: (954) 790-6888
Joshua@g-glawgroup.com

**Cicero Law, LLC**
/s/ Charles K. Cicero
Charles K. Cicero (0097024) PHV
205 Holiday Blvd. Suite 100
Covington, LA 70433
chaz@cicero-law.com

**Gauthier Murphy & Houghtaling LLC**
/s/ Skye Sturlese Fantaci
Skye Sturlese Fantaci PHV
3500 North Hullen Street
Metairie LA 70002
skye@gmhatlaw.com

Attorneys for Plaintiff

/s/ Kurt D. Meyer
Kurt D. Meyer (0087580)
**Gregory, Meyer & Chapnick, P.C.**
340 E. Big Beaver Rd., Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 - Fax
kmeyer@gregorylaw.com

Attorneys for Defendant